# Alexa
The Web Information Company

Home | Site Tools | Top Sites | **Site Info** | What's Hot | Toolbar

Download the FREE Alexa Toolbar

Search for more [_____] [Search]

**Ads by Google**

**Ukrainian women**
Nice women from Ukraine looking for serious relation
www.interkontakt.net

**Photos Of Cute Women**
Look At Photos Of Cute Singles Near You. Free To Look. No Need To Pay!
www.mate1.com

**40+ and Single?**
Meet Mature, Sincere Singles Everyone is Serious and Screened
MatureSinglesOnly.com

**Dating Site - Free Photos**
Online Dating at Match.com Browse Profiles & Pics for Free!
Match.com

**You may be interested in...**

| | Query | Activity |
|---|---|---|
| 1 | Hard Sex | ▇▇▇▇ |
| 2 | Sex Tube | ▇▇▇ |
| 3 | Free Video | ▇▇ |
| 4 | Sex | ▇▇ |
| 5 | Free Porn | ▇ |
| 6 | Hot Tube | ▇ |
| 7 | Post Op Tranny | ▇ |
| 8 | Hardcore Sex | ▇ |
| 9 | Streaming | ▇ |
| 10 | Hardcore | ▇ |

## hardsextube.com
Hardsextube.com

Is this your site? Run an Alexa Site Audit.

**Statistics Summary for hardsextube.com**

Hardsextube.com's three-month global Alexa traffic rank is 310. Compared with all internet users, this site's users are disproportionately male, and they are disproportionately childless,...
Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
|  **310** Global Rank |  **421** Rank in US | **647** Sites Linking In |  2 Reviews |

**Advertise with Alexa**

**High Impact Search Queries for Hardsextube.com**

| | Query | Impact |
|---|---|---|
| 1 | hard sex | High |
| 2 | sex tube | High |
| 3 | sex | High |
| 4 | porn | Medium |
| 5 | 18 and abused | Medium |
| 6 | tube | Medium |
| 7 | hot tube | Medium |

View the complete Search Analytics

---

Traffic Stats | **Search Analytics** | Audience | Contact Info | Reviews | Related Links | Clickstream

### Search Traffic
The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 3.1% |
| Last 7 days | 2% |
| Yesterday | 1.9% |

### Top Queries from Search Traffic
The top queries driving traffic to hardsextube.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | red tube | 0.61% |
| 2 | redtube | 0.59% |
| 3 | hitomi tanaka uncensored | 0.18% |
| 4 | hot tube | 0.17% |
| 5 | hot jav | 0.12% |
| 6 | xflogger | 0.10% |
| 7 | zin3x | 0.10% |
| 8 | سكس بحد | 0.09% |
| 9 | bonbonme | 0.07% |
| 10 | holly lemyre | 0.05% |

---

**Keyword Research Tool - Find More Keywords**            Sponsored Links
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

### Search Traffic on the Rise and Decline
The top queries from search engines driving relatively more/less traffic to hardsextube.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase | Search Query | 1 Month Decline |
|---|---|---|---|---|
| 1 | hot sex tube | 0.19% | hardsextube | 2.05% |
| 2 | 18 and abused | 0.16% | hard sex tube | 1.28% |
| 3 | hitomi tanaka uncensored | 0.16% | red tube | 0.72% |
| 4 | hardsex tube | 0.14% | redtube | 0.25% |
| 5 | http://community.hardsextube.com/profile/shsh123456 | 0.14% | hard tube | 0.18% |
| 6 | incest tube | 0.13% | porn | 0.15% |

**Top Search Queries for Hardsextube.com**

Web2PDF
converted by Web2PDFConvert.com

|   |              |        |            |       |
|---|--------------|--------|------------|-------|
| 7 | sex hard tube | 0.13%  | sex        | 0.10% |
| 8 | forced sex    | 0.09%  | scat tube  | 0.10% |
| 9 | free porn     | 0.09%  | tube sex   | 0.09% |
| 10| hot sex       | 0.08%  | rape porn  | 0.09% |

| Query | Percent of Search Traffic |
|---|---|
| 1 red tube | 0.61% |
| 2 redtube | 0.59% |
| 3 hitomi tanaka uncensored | 0.18% |
| 4 hot tube | 0.17% |
| 5 hot jav | 0.12% |
| 6 xflogger | 0.10% |
| 7 zin3x | 0.10% |

**View the complete Search Analytics**

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for hardsextube.com.

| Last Month Stats (Estimated) |     |
|------------------------------|-----|
| PPC Budget                   | N/A |
| Last Month Clicks            | N/A |
| Avg. Ad Position             | N/A |
| Google PPC Keywords          | N/A |
| Yahoo PPC Keywords           | N/A |



Advertiser: hardsextube.com

View More

Wayback Machine
See how Hardsextube.com looked in the past

Like hardsextube.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取hardsextube.com的网站流量信息。

## High Impact Search Queries for hardsextube.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| hard sex | 20.80 | 42 | 29 |
| sex tube | 17.02 | 58 | 15 |
| sex | 14.53 | 77 | 30 |
| porn | 3.32 | 77 | 25 |
| 18 and abused | 2.93 | 32 | 13 |
| tube | 2.59 | 59 | 14 |
| hot tube | 2.34 | 41 | 21 |
| free porn | 2.04 | 70 | 32 |
| muslimsexweb | 1.73 | 42 | 27 |
| hard porn | 1.54 | 35 | 25 |
| massage room seduction | 1.05 | 22 | 80 |
| bi cuckold | 1.02 | 21 | 30 |
| foglove69 | 0.91 | 26 | 55 |
| hpi check free | 0.79 | 31 | 50 |
| muslim sex | 0.68 | 33 | 28 |
| yourfreeporn | 0.68 | 37 | 10 |
| lesbian rape | 0.62 | 31 | 70 |
| incest | 0.59 | 50 | 24 |
| adult sex | 0.58 | 34 | 49 |
| free sex | 0.50 | 61 | 27 |
| sex tub | 0.50 | 37 | 18 |
| sexy naked | 0.48 | 24 | 70 |
| bonbonme | 0.46 | 34 | 10 |
| yazum | 0.44 | 27 | 60 |
| porn rape | 0.44 | 29 | 35 |
| muslim sex web | 0.42 | 36 | 10 |
| xxx | 0.39 | 75 | 25 |
| hardcore sex | 0.37 | 39 | 30 |
| hard sex videos | 0.36 | 22 | 40 |
| tanaka | 0.36 | 33 | 28 |

## Search Engine Marketing (SEM) Activity by hardsextube.com

Ads for hardsextube.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for hardsextube.com

## Search Engine Marketing (SEM) Opportunities for hardsextube.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

Web2PDF
converted by Web2PDFConvert.com

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 12 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

Company
About
Jobs
Advertise on Alexa

Help
Help System
Tour

Alexa Tools for Site Owners
Get a Site Audit for your site
Create a Custom Toolbar
Edit your site listing

Related Services
Free Website Content

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
©Alexa Internet, Inc.

An amazon.com company

converted by Web2PDFConvert.com