

converted by Web2PDFConvert.com