# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>      Plaintiff,<br><br>vs.<br><br>Netvertising Ltd dba<br>HardSexTube.com and WhoIsGuard,<br>dba HardSexTube.com and Richard<br>Szeles and Laslo Racz,<br>and John Does 1 - 100 and<br>John Doe Companies 1 - 100<br><br>      Defendant(s). | No. 3:11-cv-03033-MWB<br><br>**DISCLOSURE STATEMENT** |

_____

As required by LR 7.1, plaintiff in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case*:

Party 1: Fraserside Holdings Limited
Party 2: Private Media Group, Inc.
Party 3: Cinecraft Limited

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Party 1: Sole Shareholder of Plaintiff
Party 2: Shareholder of Party 1

Party 3: Wholly owned by Party 1

Date: July 13, 2011                    Respectfully submitted,

                                               By:   /s/ Chad L. Belville
cbelville@azbar.org
Chad Belville, Attorney at Law
Iowa Bar # 015731
304 East Beth Drive
Phoenix, AZ 85042

P.O. Box 17879
Phoenix, AZ 85066
Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org

ATTORNEY FOR PLAINTIFF