AO 121 (6/90)

TO:
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | COURT NAME AND LOCATION |
|---|---|---|
| X ACTION ☐ APPEAL | | U.S. District Court Northern District of Iowa |
| DOCKET NO. 11-cv-3033-MWB | DATE FILED 07/13/2011 | 4200 C Street SW Cedar Rapids, Iowa 52404 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Fraserside IP LLC | Netvertising Ltd dba HardSexTube.com; WholsGuard dba HardSexTube.coml Richard Szeles; Laslo Racz; John Does 1-100; and John Doe Companies 1-100 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See attached Complaint and docket sheet | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Robert L. Phelps | KJorgensen | 7/14/2011 |

Case 3:11-cv-03033-MWB-LTS   Document 5   Filed 07/14/11   Page 1 of 1

Copy 1 - Upon Initiation of action, mail this copy to Register of Copyrights