

register | help | login

compete

Profiles | Analytics Tools | Client Solutions | Resources | myCompete

Site Profile | Tag Profile | Category Profile | Compare

site profile for: Go to Site Profile | Go to Search Referrals | Go to Referrals | Go to Destinations | View Portfolio | Add to Portfolio

search Site Profile for e.g. compete.com GO

Miscellaneous

Compare to other sites

site statistics | audience profiles | subdomains (48)

Unique Visitors vs Compare Second Metric

7D 30D 3M 6M 1Y 2Y

Save Graph Image | Export CSV | Embed Graph | Permalink

Adobe Flash player 8 or higher is required to view graphs on Compete.com

Click here to download and install the latest version of the Flash player.

## Monthly Normalized Metrics / May 2011

| Unique Visitors | Visits | Page Views | Compete Rank |
|---|---|---|---|
| 4,623,835 + 7 . 0 4 % | 14,982,379 + 9 . 9 3 % | Only available with pro | 326 + 9 |

| Average Stay | Visits / Person | Pages / Visit | Attention |
|---|---|---|---|
| Only available with pro | Only available with pro | Only available with pro | Only available with pro |

## Daily Traffic / 07.08.11

Reach

Only available with pro

Attention

Only available with pro

## Compete Demographics / May 2011

Age: 18-24, 25-34, 35-44, 45-54, 55-64, 65-plus — Only available with: pro Advanced

Income: under-30k, 30-60k, 60-100k, 100k-plus — Only available with: pro Advanced

Gender: male, female — Only available with: pro Advanced

## Site Description

No Site Description available

powered by zoominfo

## Referral Analytics pro

Show Destination Sites

| Referral Sites | |
|---|---|
| unique referring sites: | 5,032 |
| sites sending more traffic: | 3,982 |
| sites sending less traffic: | 1,081 |
| unique referring categories: | 128 |

see all referring traffic

## Search Analytics pro

| Keyword | Search Share |
|---|---|
| hardsextube | 4.39% |
| hard sex tube | 1.51% |
| hardsextube.com | 1.32% |
| hardtube | 0.63% |
| porn | 0.58% |

see all 14,100 keywords with PRO

## Tags

There are no tags for this site. Be the first.

Developers | Buzz & Press | About | Contact Us | Tell a Friend | Compete, Inc

© 2000 - 2011 Compete, Inc - Terms of Service - Privacy Policy

Web2PDF converted by Web2PDFConvert.com