

Enter search term...    Whois Search ▾    Search

HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | OPEN AN ACCOUNT

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

## Whois Record For hardsextube.com

Like 5K   +1



| Teen Cams | Big Tits Cams | Ebony Cams | House |
| Lesbian Cams | Couple Cams | Latina Cams | Asia |
| Anal Cams | Pregnant Cams | BBW Cams | Huge |
| Group Sex Cams | Milf Cams | Shemale Cams | Gay |

**Whois Record** | Site Profile | Registration | Server Stats | My Whois

Reverse Whois:   **"WhoisGuard"** was found in about **974,015 other domains**
Email Search:   support@namecheap.com is associated with about **1,564,449 domains**

Registrar History:   **2 registrars**
NS History:   **3 changes** on 3 unique name servers over **3** years.
IP History:   **13 changes** on 12 unique name servers over **4** years.
Whois History:   **842 records** have been archived **since 2007-05-19** .
Reverse IP:   **2 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
**right from your own desktop!**   Download Now>

```
Registration Service Provided By: Namecheap.com
Contact: support@namecheap.com

Visit: http://namecheap.com

Domain name: hardsextube.com

Registrant Contact:
   WhoisGuard
   WhoisGuard Protected ()

   Fax:
   11400 W. Olympic Blvd. Suite 200
   Los Angeles, CA 90064
   US

Administrative Contact:
   WhoisGuard
   WhoisGuard Protected (
159efa111f2c48fc8724501766f2883f.protect@whoisguard.com )

   +1.6613102107
   Fax: +1.6613102107
   11400 W. Olympic Blvd. Suite 200
   Los Angeles, CA 90064
   US

Technical Contact:
   WhoisGuard
   WhoisGuard Protected (
159efa111f2c48fc8724501766f2883f.protect@whoisguard.com )

   +1.6613102107
   Fax: +1.6613102107
   11400 W. Olympic Blvd. Suite 200
   Los Angeles, CA 90064
   US

Status: Locked

Name Servers:
   ns0.reflected.net
   ns1.reflected.net

Creation date: 21 Mar 2007 09:02:00
Expiration date: 21 Mar 2012 09:02:00
```



**GRAB YOUR .CO.UK DOMAIN FOR ONLY 6EUR / $9.00***
*For Indication Purposes

**Country TLDs** | General TLDs

Available domains for registration:

 hardsextube.cn    Register
 hardsextube.jp    Register
 hardsextube.mx    Register
 hardsextube.tw    Register

**Register All Selected >**

### Related Results

**Hot Stock Pick - GTSO**
Rare Earth Minerals used in touch screens. China. Invest Now.
www.RareEarthExporters.com

**Proven Anti Aging**
Proven effective anti aging via uninhibited DNA replication.
digestaqure.com/Drreferralantiaging

**Avon Online Store**
Skin care, bath, bug spray, products for women, men & children.
http://www.youravon.com/slewis6708

**View Today's Rates**
Find Today's Interest Rates, Money Markets, CDs and Much More.
bankrate.com

Web2PDF
converted by Web2PDFConvert.com

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

Web2PDF
converted by Web2PDFConvert.com