Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, <br>     An Iowa Limited Liability Company <br> <br> vs. <br> <br> <br> <br> Netvertising Ltd, dba HardSexTube.com and <br> Richard Szeles and Laslo Racz and John Does <br> 1 – 100 and John Doe Companies 1-100 | No. 11-cv-03033-MWB <br> <br> MOTION FOR EXTENSION <br> OF TIME FOR SERVICE <br> AND SCHEDULING ORDER |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and moves the Court to EXTEND the time to serve and file Scheduling Order and Discovery Plan. In support of this Motion, Plaintiff provides the following facts:

1. Defendants business addresses are in the nation of Hungary.

2.  Plaintiff has delivered copies of the Complaint, Summons, Civil Cover Sheet and Civil Service Packet to an international process server. All documents have been translated into Hungarian for service through the Central Authority.

3.  Translation and service through Central Authority can take days or months, with little ability to predict the length of time needed for service.

4.  Plaintiff has taken the necessary and proper steps to serve the Complaint upon the Defendants

5.  Service of Complaint and Summons has not yet occurred.

As translation and foreign service requirements entail atypical delays, Plaintiff requests additional time to complete Service of Process upon Defendant's at their addresses in Hungary. No previous requests for additional time have been made in this matter.

Therefore, Plaintiff MOVES the Court to grant an additional ninety (90) days to complete Service of Complaint and Summons upon Defendants followed by filing of Scheduling Plan.

Respectfully submitted this 30th day of November, 2011

By: /s/ Chad L. Belville
Chad L. Belville

|  | cbelville@azbar.org |
|---|---|
|  | Chad Belville, Attorney at Law |
|  | Attorney for Plaintiff |
|  | Iowa Bar # 015731 |
| Physical Address | 304 East Beth Drive |
|  | Phoenix, AZ 85042 |
| MAILING ADDRESS: | P.O. Box 17879 |
|  | Phoenix, AZ 85066 |
|  | Telephone: 602-904-5485 |
|  | FAX: 602-297-6953 |
|  | E-mail cbelville@azbar.org |
|  | ATTORNEY FOR PLAINTIFF |