IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> Netvertising Ltd, dba HardSexTube.com and Richard Szeles and Laslo Rasz and John Does 1-100 and John Doe Companies 1-100, <br><br> Defendants. | No. C11-3033-MWB <br><br> **ORDER** |

_____

The plaintiff's motion (Doc. No. 8) for extension of time for service and scheduling order is **granted**. The deadline to complete service of the complaint and summons upon the defendants followed by filing of the scheduling order is extended to **March 12, 2012.**

**IT IS SO ORDERED.**

**DATED** this 12th day of December, 2011.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT