IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>NETVERTISING LTD, dba HARDSEXTUBE.com and RICHARD SZELES and LASLO RASZ and JOHN DOES 1-100 and JOHN DOE COMPANIES 1-100,<br><br>    Defendants. | Case No. 11-CV-3033-MWB<br><br>ORDER |

Upon unresisted application and pursuant to Administrative Order 1213,[1] it is

**ORDERED**

Defendants' motions to appear pro hac vice (docket numbers 14 and 15) are granted. Attorneys Evan Fray-Witzer and Valentin Gurvits are admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter on behalf of Netvertising LTD, dba Hardsextube.com, Richard Szeles and Laslo Rasz.

DATED this 3rd day of April, 2012.

                        ROBERT L. PHELPS, CLERK
                        U. S. District Court
                        Northern District of Iowa


                        By: s/Karen S. Yorgensen
                                Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.