| | |
|---|---|
| Fraserside IP, LLC,<br>    Plaintiff,<br>v.<br><br>Netvertising Ltd, d/b/a HardSexTube.com,<br>WhoIsGuard, d/b/a HardSexTube.com,<br>Richard Szeles and Laslo Racz, John Does<br>1-100 and John Doe Companies 1-100,<br>    Defendants. | Docket No. 11-cv-03033-MWB |

### DEFENDANTS NETVERTISING LTD, D/B/A HARDSEXTUBE.COM, RICHARD SZELES, AND LASLO RACZ' MEMORANDUM <u>OF LAW MOTION TO DISMISS</u>

Pursuant to Fed. R. Civ. P. 12(b)(2), defendants Netvertising, Ltd. d/b/a HardSexTube.com, Richard Szeles, and Laslo Racz (collectively, the "Defendants") respectfully move to dismiss the Plaintiff's complaint in its entirety. In support of this motion, the Defendants state (1) that they are not subject to personal jurisdiction in Iowa, and (2) they are not subject to personal jurisdiction under Fed. R. Civ. P. 4(k)(2). In further support, the Defendants rely on the attached memorandum of law.

Respectfully submitted,
Netvertising Ltd., Richard Szeles, and
Laslo Racz,

By their attorneys,

/s/Evan Fray-Witzer
Evan Fray-Witzer, *pro hac vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

/s/Valentin Gurvits
Valentin Gurvits, *pro hac vice*
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
 (617) 928-1804
vgurvits@bostonlawgroup.com

/s/Jennifer E. Rinden
Connie Alt          AT0000497
Jennifer E. Rinden     AT0006606
       for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:          (319) 365-8564
jer@shuttleworthlaw.com

ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on April 14, 2012, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5.

/s/ Evan Fray-Witzer