WebVoyage Record View 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = fraserside ip
Search Results: Displaying 1 of 1 entries



***A taste of pleasure & 84 other titles.***

**Type of Work:** Recorded Document
**Document Number:** V3602D542
**Date of Recordation:** 2011-11-16
**Entire Copyright Document:** V3602 D542 P1-5
**Date of Execution:** 8Dec10; date of cert.: 9Dec10
**Title:** A taste of pleasure & 84 other titles.
**Notes:** Transfer of copyright and common law copyright rights.
**Party 1:** Fraserside Holdings, Ltd.
**Party 2:** FraserSide IP, LLC.
**Links:** List of Titles
**Names:** Fraserside Holdings, Ltd.
FraserSide IP, LLC.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format     Full Record |
| Enter your email address: |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Case 3:11-cv-03033-MWB-LTS   Document 17-4   Filed 04/14/12   Page 1 of 1

http://cocatalog.loc.gov/...+ip&Search_Code=NALL&PID=gv-TomI_2FGZUcxUzg7Lktr1SpE&SEQ=20120405232237&CNT=25&HIST=1[4/6/2012 10:51:05 AM]