Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Netvertising Ltd, d/b/a/ HardSexTube.com,<br>Richard Szeles and Laslo Racz,<br>John Does 1 - 100,<br>and John Doe Companies 1-100,<br><br>　　　　　Defendant(s). | No. 11-cv-03033-MWB<br><br>**MOTION TO FILE OVERLENGTH BRIEF IN RESISTANCE TO MOTION TO DISMISS** |

　　　　COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, Pursuant to Local Rule 7(h), and Moves the Court for Leave to file a brief in excess of the twenty (20) page limit imposed by LR 7(h) in support of it Resistance to Motion to Dismiss.

　　　　Plaintiffs Fraserside IP LLC brought this suit alleging that Defendants have engaged in illegal and tortious infringement of Plaintiffs' United States intellectual property rights. Defendants, in lieu of filing an Answer to the Complaint, have filed a Motion to Dismiss. In its

motion, Defendant raises several arguments, each of which must be addressed by Plaintiff in its response.

Defendants are an alien entity, claiming that this Court does not have jurisdiction over them.  Plaintiffs' brief addresses the issues brought forth by Defendant as well as sub-issues not raised by Defendant but related to its alien status. All of these issues require arguments and many pages to complete the brief.  Defendants raise issues that are not relevant to the case at hand however Plaintiff must address each issue.

Plaintiff's brief reproduces paragraphs from the Complaint and other documents filed in this case as well as excerpts from cited sources.  Plaintiff's brief could be shortened by integrating these by reference, but including them in the brief itself rather than requiring the Court to refer to a separate document is intended for efficiency.

Plaintiff's total brief is 41 pages long.  Excluding the Caption page, Table of Contents and Table of Authorities, and Signature Pages it is 35 pages long.  Due to the nature of the several arguments raised in Defendant's Motion, this Brief appears to efficiently address the issues presented without delving into unnecessary areas.

Plaintiff asserts the over length brief is as concise as the issues briefed reasonably permit, and addresses only the particular facts and legal issues under consideration.

In light of these assertions, Plaintiffs respectfully request the Court's Leave to File a Brief in Support of Resistance to Defendant's Motion to Dismiss with eighteen (18) extra pages, inclusive of Caption, Table of Contents, and signature pages, for a total of thirty seven (38) pages.

Date: April 29, 2012                       Respectfully submitted,

                                          By:   /s/ Chad L. Belville

                                          Chad L. Belville
                                          cbelville@azbar.org
                                          Chad Belville, Attorney at Law
                                          Attorney for Plaintiff
                                          Iowa Bar # 015731

Physical Address                       4742 North 24th Street Suite 315
                                          Phoenix, AZ 85016

MAILING ADDRESS:                       P.O. Box 17879
                                          Phoenix, AZ 85011

                                          Telephone: 602-904-5485
                                          FAX: 602-297-6953
                                          E-mail cbelville@azbar.org
                                          ATTORNEY FOR PLAINTIFF

                                    Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on April 29, 2012 a copy of this Motion was served upon the Attorneys for Defendants through the Courts Electronic Case Filing System.

                                        /s/ Chad L. Belville