# Exhibit C Webmaster Pages

Username:
Password:

Login

REGISTER  |  Feeds  |  Thumbs |  Dump Generator  |  Removed videos  |  FAQ  |  Contact Us

**Welcome to HardSexTube's Webmaster Program**

## Sign up

Username:
Password:
Verify password:
E-mail:
Main URL:
ICQ:
Payment type:   Please select...

We make opportunity to earn money if you sending visitors to our site.

**How it works?**

- Get an account
- Add and verify your domains
- Use our dump generator to get content for your site
- Setup custom RSS feed and keep your site up to date automatically
- START EARNING $$$ MONEY $$$

**Features**

- Real time statistics
- Up to 1000 new video on average daily
- On-time, monthly payouts
- Wide range of payout possibilities

Traffic prices

| Good Uniques | Price per 1000 | Payment methods |
|---|---|---|
| 1-20000 | $1.3 | WebMoney |
| 20001-50000 | $1.6 | Payoneer |
| 50001+ | $1.8 | Paxum |
| Bad countries | $0.25 | Wire |

**Became an affiliate** | **RSS and rotator updates** | **Pick thumbs from videos** | **Generate your costum exports** | **List of removed videos** | **FAQ** | **Contact Us**

© 2008 - 2011  HardSexTube

Case 3:11-cv-03033-MWB-LTS   Document 19-4   Filed 04/29/12   Page 1 of 3

Username: _____
Password: _____

[ Login ]

Register | Feeds | Thumbs | Dump Generator | Removed videos | FAQ | Contact Us

## FREQUENTLY ASKED QUESTION

### Prices

Our payout rates are depends on how many uniques did you send a day. Statistics are realtime.

| Good Uniques | Price per 1000 |
|---|---|
| 1-20000 | $1.3 |
| 20001-50000 | $1.6 |
| 50001+ | $1.8 |
| Bad countries | $0.25 |

### Tracking

We count uniques with cookies expiring after 24 hours, the cookie contains your webmaster id. One uniq is belong to the webmaster, not to a specific domain. It does not matter - for the example - if your trade partner already sent that visitor to us, because it's still get counted under you. We count hits only video pages.

### Domain verification

Please make sure, that you have verified your domains before starting to send traffic! We don't count hits from non-verified domains. After verification please wait atleast 60 minutes to see your incoming hits.

### Illegal sites

We don't accept hits from Rape-, Lolita-, Bestialiy sites or any other sites that we deem innapropirate.

### Frames

You are not allowed to put our galleries into frames.

### Good and bad countries

We count United States, Canada, Australia, Austria, Germany, Switzerland, Belgium, Italy, France, United Kingdom, Ireland, Netherlands, Sweden, Finland, Norway, Denmark and New Zealand as good countries.

All other countries are counted as bad, since our advertisers are not interested in traffic from these countries.

This list could vary as we get new advertisers from specific countries. Please note, that we do not count traffic from countries where surfing pornography is against the law!

### Removed videos

Please check the counter next to your domains to see the hits that you send to a removed video.

### Payments

We pay one time a month. We close earnings on the last day of the actual month and start to pay continuously. You can expect your previous month earnings to be paid out before the 20th day of the current month.

### Payment methods

At the moment we pay by WebMoney, Payoneer, Paxum and Wire.

### Minimum payment

Our minimum payment is $50.

**Payment fees**

For Payoneer we deduct $2 from your ballance before payment. Wire transfer fee is $40. Paxum transfer fee is $1.

**Contact**

You can reach us via email to hardsextube@hardsextube.com or on ICQ 494 848 570

Became an affiliate | RSS and rotator updates | Pick thumbs from videos | Generate your costum exports | List of removed videos | FAQ | Contact Us

© 2008 - 2011 HardSexTube