

Live Chat    Sales: 1-800-961-2888    Support: 1-800-961-4454    Login ▾

**Hosting Solutions** ▾   **Cloud Hosting** ▾   **Managed Hosting** ▾   **Email & Apps** ▾   **Company** ▾    Search

## ABOUT RACKSPACE

Kevin
Racker Since 2007

Home / Information Center / About Rackspace

Share this on: 

## About Rackspace

**Fanatical Support® has made Rackspace the service leader in cloud computing.** We deliver enterprise-level hosting services to businesses of all sizes and kinds around the world. We got started in 1998 and since have grown to serve more than 172,000 customers. Rackspace integrates the industry's best technologies for each customer's specific need and delivers it as a service via the company's commitment to Fanatical Support. Our core products include Managed Hosting, Cloud Hosting and Email & Apps. There are currently over 4,000 Rackers around the world serving our customers.

## Rackspace Leadership


**Graham Weston Chairman & Co-Founder About Graham**


**Lanham Napier CEO About Lanham**


**Lew Moorman President About Lew**


**Pat Condon Co-Founder About Pat**


**Dirk Elmendorf Co-Founder About Dirk**


**John Engates Chief Technology Officer About John**


**Klee Kleber SVP, Infrastructure Services About Klee**


**Jim Lewandowski SVP & GM, Enterprise About Jim**


**Pat Matthews SVP, Core Business About Pat**


**Karl Pichler SVP, Chief Financial Officer & Treasurer About Karl**


**Taylor Rhodes Managing Director, International About Taylor**


**Wayne Roberts SVP, Enterprise Fanatical Support About Wayne**


**Mark Roenigk Chief Operating Officer About Mark**




LIVE CHAT    EMAIL US

SALES: **1-800-961-2888**

## Rackspace Overview

**The Fundamentals**
- Founded in 1998
- Based in San Antonio, TX
- Eight (8) Data Centers: Grapevine, TX; Richardson, TX; Chicago, IL; Herndon, VA; Ashburn, VA; London, UK; Slough, UK; Hong Kong
- Managed Hosting, Email & Apps and Cloud Hosting; all backed by Fanatical Support

**Industry Leadership**
- Rackspace is a leader in the 2011 Gartner Magic Quadrant for Managed Hosting. The full report can be viewed here.
- Industry-Leading Service Level Agreements
- Cisco Powered Network: 100% Network Uptime Guarantee
- Microsoft Gold-Certified Hosting Partner
- Microsoft Hosting Partner of the Year — 2003, 2005, 2007
- Red Hat Premier Hosting Partner
- MySQL Certified Hosting Partner
- Managed Service on Both Dedicated and Cloud Platforms

**Focus**
- Everything we do is tailored for IT hosting
- Hosting is not an add-on service or loss leader, it's all we do

**Expertise**
- Systems and processes built exclusively for delivering IT Hosting
- Our support staff is highly trained—specifically for supporting complex hosting environments

**Flexibility**
- We're built to handle highly-customized hosting environments
- Our model is built to adjust to customer needs quickly and efficiently

**Passion**
- We're passionate about the hosting business and we're here to stay

Web2PDF converted by Web2PDFConvert.com



**Alan Schoenbaum SVP, General Counsel and Secretary About Alan**

- We believe what we are doing makes a difference

**Press Releases
News Articles
Awards**

## Rackspace Information Center



**3,271 Rackspace Hosting employees** on LinkedIn    **Login with LinkedIn**

See how your LinkedIn network connects you to Rackspace Hosting.

In Your Network      powered by **Linked in** ®



" …having a reliable hosting solution is absolutely essential if not critical to our ongoing business success. The answer was found with Rackspace Hosting's RackConnect solution. "

**Colin Rees**
*Domino's Pizza*

**Gartner.**    **Gartner's Magic Quadrant**
Rackspace is a leader in the 2011 Gartner Magic Quadrant for Managed Hosting.
**Read the Report**

| RACKSPACE | MANAGED HOSTING | CLOUD HOSTING | EMAIL & APPS | CONTACT US |
|---|---|---|---|---|
| About Rackspace Hosting | Managed Configurations | Cloud Servers™ | Rackspace Email Hosting | Sales 1-800-961-2888 |
| Fanatical Support® | Managed Colocation Servers | Cloud Sites™ | Microsoft Hosted Exchange | Support 1-800-961-4454 |
| Hosting Solutions | Dedicated Servers | Cloud Load Balancers | Compare Hosted Products | |
| Web Hosting 101 | Managed Customers | Cloud Files™ | Email Archiving | CONNECT WITH US |
| Hosting Partner Programs | MyRackspace® Portal | Cloud Hosting Demos | Customer Log-In | |
| OpenStack® | | Cloud Customer Portal | | |

**RACKER** POWERED

©2012 Rackspace, US Inc.   About Rackspace  |  Fanatical Support®  |  Hosting Solutions  |  Investors  |  Careers  |  Privacy Statement  |  Website Terms  |  Sitemap

Case 3:11-cv-03033-MWB-LTS   Document 19-5   Filed 04/29/12   Page 2 of 2

Web2PDF
converted by Web2PDFConvert.com