


Open a FREE Account | Log in | Help

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > HardSexTubePremium.com

## HardSexTubePremium.com Whois Record



| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Reverse Whois: **"WhoisPrivacy Limited" owns about 26,682 other domains**
Email Search: d9c1d17f4cde8fe2@whoisprivacy.com is associated with about **6,697 domains**
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over **3** years.
IP History: **2 changes** on **2** unique IP addresses over **3** years.
Whois History: **185 records** have been archived **since 2009-04-16**.
Reverse IP: **47 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

```
Domain: HARDSEXTUBEPREMIUM.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: d9c1d17f4cde8fe2@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: d9c1d17f4cde8fe2@whoisprivacy.com

Original Creation Date: 2009-04-15
Expiration Date: 2013-04-14

Status:
clientTransferProhibited

Nameserver Information:
Nameserver: ns.rackspace.com
Nameserver: ns2.rackspace.com
```

**Backorder This Domain**



**Country TLDs** | General TLDs

Available domains for registration:

- HardSexTubePremium.at — Register
- HardSexTubePremium.be — Register
- HardSexTubePremium.ch — Register
- HardSexTubePremium.cn — Register
- HardSexTubePremium.co.uk — Register
- HardSexTubePremium.de — Register
- HardSexTubePremium.dk — Register
- HardSexTubePremium.es — Register
- HardSexTubePremium.eu — Register
- HardSexTubePremium.fr — Register

**Register All Selected >** Show all (19) >



Searching for **porn dvd**?
**Find Porn Dvd**
Find **Porn Dvd** near you. The Web's Local Search Engine!
Local.com



**Porn Dvd**
Top answers for **Porn Dvd**
www.InternetCorkBoard.com



**Searching for Porn Dvd?**
Discover 100+ answers for **Porn Dvd**
www.Answered-Questions.com

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com