

Videos    Premium Videos    Live Cams    Free Fuck    Paysito Reviews    Pornstars    8000+ Online DVD

Latest videos Premium videos Most viewed Top rated Featured Categories Webcams Free_fuck Members          Bookmark! Upload! Register!

Browse **moviechicks**'s videos | Snapshots | Comments (0) | Related videos | Share this video!

Add to favourites | Download video | Report video

» **Wonderful Girl Liz Honey Goes In The Hood With An Innocent Smile Almost Begging For A Big Strong Cock Up Her Ass** «

## The porno just doesn't want to start!!!

Step one of Join Sequence.
Starting with Plaintiff's
video on Defendant
webpage.

How come, you are probably getting antsy to see it aren't you?
Well, when it comes to computers, things can go wrong because they just like humans aren't always perfect.

- Simple, be patient wait a lil more, press F5 while holding CTRL to reload the current page.
- Also remember to check if Javascript is enabled in your browser.
- Download the latest flashplayer from the official soruce.



Details Comments (0) Snapshots Share

Wonderful Girl Liz Honey Goes In The Hood With An Innocent S...                    Report
 A Taste Of Pleasure is one of the most famous movies Private ever made. A feature length film with a real story and some context for all the carnal pleasure that explodes onto your screen. This is the best of scripted porn... where movie-making

Anal   Big Boobs   Facial Cumshot   Lingerie   Fishnet   Blonde Wonderful Girl Liz Honey hood black in

moviechicks                                         Add to favourites

- Currently 3.00/5
- 1
- 2
- 3
- 4
- 5

Rating: **3.0**/5 (6 votes cast)

Download video (31.43 MB)

Search for videos...   [Search]

remove all banners

Web2PDF
converted by Web2PDFConvert.com

## Related premium videos



Law & Lust
51:42            2380 views

POV Junkie #2
49:12            8250 views

Sassy Latinas #2
49:06            1320 views

Black Listed (Vince Vouyer Unl
48:36            10650 views

Gin & Juicy Asses #2
38:24            10100 views

Related videos Related HD videos More from this user Featured videos Related reviews

## Related videos

or browse the [Latest porn videos](#) | [Most viewed](#) | [Featured](#)



**Sexy blonde wants a**
24:29            10993 views
Rating: 4,33/9            116 days ago

**Loving a big hard**
10:39            9485 views
Rating: 3,50/2            76 days ago

**Petite teen takes a**
05:10            4346 views
Rating: 3,00/5            47 days ago

**Brunette Ariana**
29:52            50803 views
Rating: 4,21/33            429 days ago

**Girl takes huge cock**
22:30            26816 views
Rating: 3,83/18            81 days ago

**Daddys daughter**
24:31            25744 views
Rating: 4,38/21            69 days ago

**Beautiful hot Swede**
23:00            46467

**Mia Bangg Stiff**
13:15            22773

**Black haired babe**
22:38            3535

**Hot Chick Gets Two**
06:00            5369

**Beautiful Blonde**
18:00            46669

**Chinese Milf Fucked**
25:17            116111

converted by Web2PDFConvert.com

Rating: 3,34/29    584 days ago    views    Rating: 3,75/12    445 days ago    views    Rating: 4,33/3    30 days ago    views    Rating: 3,19/27    527 days ago    views    Rating: 4,08/24    435 days ago    views    Rating: 3,67/45    294 days ago    views

remove all banners

HardSexTube Mobile • Terms of Use • Privacy Policy • DMCA • 2257 • Parental Control • Contact Us • Webmasters • Advertise • Feeds



By visiting HardSexTube.com you acknowledge that you have reached the legal age for viewing porn in your country







This is Step Two of the Join Sequence.

 www.hardsextube.com/register/

 hardsextube upload your porn

TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS
EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS
COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS

Videos | Premium videos | Categories | Pornstars | Community | Webcam | Dating | Upload | Register! | Log in

Our site is now available on TABLETS for FREE!

Search for videos... Search



**FREE Signup**

Username:
Password:
Password Again:
Email:

Peirce,

Type the two words:

reCAPTCHA™
stop spam.
read books.

☐ I Have Read and Agree to the Terms & Conditions

Create FREE account



SIGN UP TO HARDSEXTUBE PREMIUM

» Get Access to HD Scenes
» New Videos Added Daily
» 12,000+ of the Best Pornstars in the Industry
» Exclusive Material You Can Only See as a Premium Member

OVER 80,000 VIDEOS

JOIN TODAY RISK FREE FOR $1

GO PREMIUM

hardsextube PREMIUM

📱 HardSexTube Mobile  📱 HardSexTube Tablet  📱 Quixxx Mobile  Terms of Use  Privacy Policy  DMCA  2257  Parental Control  Contact Us
Webmasters  Advertise  Feeds

feedback

49,832 online



Case 3:11-cv-03063-MMC-LTS   Document 19-9   Filed 04/29/12   Page 5 of 5