Exhibit I HardSexTubePremium T & C



| HARDCORE | TEEN | ANAL | BLOWJOB |
| LESBIAN | MILFS | INTERRACIAL | FETISH |
| AMATEUR | BIG BOOBS | ASIAN | GANGBANG |

Premium Scenes | HD Scenes | Exclusive Scenes | Categories | Pornstars | Studios | How It Works!

## Terms of Use

USER AGREES TO BE BOUND BY THE HARDSEXTUBEPREMIUM.com TERMS OF USE by using the HARDSEXTUBEPREMIUM.com (Web Site /Site /HARDSEXTUBEPREMIUM /HARDSEXTUBEPREMIUM.com).

Designated trademarks and brands are the property of their respective owners and are subject to their copyright rules.

By accessing any areas of HARDSEXTUBEPREMIUM.com, you the users ("Users" "You") agree to be legally bound to and abide by the Terms set forth herein (the "Terms").

By electronically submitting an order via the HARDSEXTUBEPREMIUM.com web site, User is agreeing to be bound by all of HARDSEXTUBEPREMIUM.com's then current Terms related to the purchase or rental of HARDSEXTUBEPREMIUM.com products.

### Failover Period
For your convenience and to avoid any interruptions to your membership, we reserve the right to continue billing your membership renewals until you cancel your account.

### Age
User represents and warrants that he/she is at least 18 or 21 years of age, depending on the age of majority in User's jurisdiction, and that User has the legal capacity to enter into this agreement. If User is not at least 18 or 21 years of age, depending on the age of majority in User's jurisdiction, he/she must exit the Site immediately and may not use or access HARDSEXTUBEPREMIUM.com or download any Materials from thereof.

### Adult Content
HARDSEXTUBEPREMIUM.com offer online entertainment services that may be deemed adult in nature and which may contain graphic depictions and descriptions of explicit sexual activity. You acknowledge that you are aware of the nature of the content provided by HARDSEXTUBEPREMIUM.com, that you are not offended by such content and that you access the Site freely, voluntarily and willingly.

THIS SITE does not condone or promote content/material expressed by the following terms, which include but is not limited to: Drunk Sex, Rape, Mutilation, Torture, Forced Sex, Brutality, Bestiality, Incest, Sleep Sex, Incapacitation, Non-consensual Sex, Hypnosis, Underage Sex, Drugged/Wasted Sex. By signing up to THIS SITE, you acknowledge that your membership will NOT grant access to such content.

### Intellectual Property
HARDSEXTUBEPREMIUM.com is the exclusive owner and proprietor of the Site. The Site Content and Site Code as they exist on the Site are offered to you by HARDSEXTUBEPREMIUM.com for limited use pursuant to these Terms of Use. "Site Content" means any and all human readable audio and/or visual elements of the Site, including without limitation, any text, graphics, images, illustrations, photographs animation, video/audio or audiovisual works, designs or logos, information, and other content made available through the Site. "Site Code" means any and all underlying elements of this Site, including without limitation source code, script, object code, software, computer programs, and other sets of statements or instructions contained in or underlying the Site. Site Content and Site Code may sometimes be collectively referred to herein as the "Materials."

The Site Content and Site Code are owned by HARDSEXTUBEPREMIUM.com and/or its licensors and content providers and are protected by applicable domestic and international copyright laws. Unless expressly permitted elsewhere in the Site by HARDSEXTUBEPREMIUM.com, you shall not copy, distribute, publish, perform, modify, download, transmit, transfer, sell, license, reproduce, create derivative works from or based upon, distribute, post, publicly display, frame, link, or in any other way exploit any of the Site Content or Code, in whole or in part. Any rights not expressly granted to you herein are reserved. Any violation of copyright laws may result in severe civil and criminal penalties. Violators will be prosecuted to the maximum extent possible.

HARDSEXTUBEPREMIUM.com, the HARDSEXTUBEPREMIUM.com logo, are trademarks and service marks belonging to HARDSEXTUBEPREMIUM.com. (the "HARDSEXTUBEPREMIUM.com Marks"). Any product, service, or trade name other than those owned by HARDSEXTUBEPREMIUM.com that identify a third party as the source thereof may, even if not so indicated, be the service mark or trademark of that respective entity or individual. Any unauthorized use of the HARDSEXTUBEPREMIUM.com Marks is strictly prohibited.

Copyright Complaints. If you believe that your copyrightable work of authorship has been copied and is being displayed on the Site in such a way that would give rise to a claim for copyright infringement, please contact us at support@hardsextubepremium.com.

### Disclaimer
USER UNDERSTANDS THAT HARDSEXTUBEPREMIUM.COM CANNOT AND DOES NOT GUARANTEE OR WARRANT THAT FILES AVAILABLE FOR DOWNLOADING FROM THE INTERNET WILL BE FREE OF VIRUSES, WORMS, TROJAN HORSES OR OTHER CODE THAT MAY MANIFEST CONTAMINATING OR DESTRUCTIVE PROPERTIES. USER IS RESPONSIBLE FOR IMPLEMENTING SUFFICIENT PROCEDURES AND CHECKPOINTS TO SATISFY YOUR PARTICULAR REQUIREMENTS FOR ACCURACY OF DATA INPUT AND OUTPUT, AND FOR MAINTAINING A MEANS EXTERNAL TO THE SITE FOR THE RECONSTRUCTION OF ANY LOST DATA. HARDSEXTUBEPREMIUM.COM DOES NOT ASSUME ANY RESPONSIBILITY OR RISK FOR YOUR USE OF THE INTERNET.

USERS USE OF THE SITE IS AT THEIR OWN RISK. THE CONTENT IS PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESSED OR IMPLIED. HARDSEXTUBEPREMIUM.COM DISCLAIMS ALL WARRANTIES, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, OR NON-INFRINGEMENT. HARDSEXTUBEPREMIUM.COM DOES NOT WARRANT THAT THE FUNCTIONS OR CONTENT CONTAINED IN THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. HARDSEXTUBEPREMIUM.COM DOES NOT WARRANT OR MAKE ANY REPRESENTATION REGARDING USE, OR THE RESULT OF USE, OF THE CONTENT IN TERMS OF ACCURACY, RELIABILITY, OR OTHERWISE. THE CONTENT MAY INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS, AND HARDSEXTUBEPREMIUM.COM MAY MAKE CHANGES OR IMPROVEMENTS AT ANY TIME. USER, AND NOT HARDSEXTUBEPREMIUM.COM, ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION IN THE EVENT OF ANY LOSS OR DAMAGE ARISING FROM THE USE OF THE SITE OR ITS CONTENT. HARDSEXTUBEPREMIUM.COM MAKES NO WARRANTIES THAT YOUR USE OF THE CONTENT WILL NOT INFRINGE THE RIGHTS OF OTHERS AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ERRORS OR OMISSIONS IN SUCH CONTENT. HARDSEXTUBEPREMIUM.COM DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE CONTENT'S APPROPRIATENESS OR AUTHORIZATION FOR USE IN ALL COUNTRIES, STATES, PROVINCES, COUNTY OR ANY OTHER JURISDICTIONS. IF YOU CHOOSE TO ACCESS THE SITE, YOU DO SO ON YOUR OWN INITIATIVE AND RISK AND ARE RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE LAWS.

### Limitation on Liability
HARDSEXTUBEPREMIUM.com, its subsidiaries, affiliates, licensors, service providers, content providers, employees, agents, officers, and directors will not be liable for any incidental, direct, indirect, punitive, actual, consequential, special, exemplary, or other damages, including loss of revenue or income, pain and suffering, emotional distress, or similar damages, even if HARDSEXTUBEPREMIUM.com has been advised of the possibility of such damages.

### Indemnity
USER WILL INDEMNIFY AND HOLD HARDSEXTUBEPREMIUM.COM, ITS SUBSIDIARIES, AFFILIATES, LICENSORS, CONTENT PROVIDERS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS, DIRECTORS, AND CONTRACTORS (THE "INDEMNIFIED PARTIES") HARMLESS FROM ANY BREACH OF THESE TERMS OF USE BY USER, INCLUDING ANY USE OF CONTENT OTHER THAN AS EXPRESSLY AUTHORIZED IN THESE TERMS OF USE. YOU AGREE THAT THE INDEMNIFIED PARTIES WILL HAVE NO LIABILITY IN CONNECTION WITH ANY SUCH BREACH OR UNAUTHORIZED USE, AND YOU AGREE TO INDEMNIFY ANY AND ALL RESULTING LOSS, DAMAGES, JUDGMENTS, AWARDS, COSTS, EXPENSES, AND ATTORNEYS' FEES OF THE INDEMNIFIED PARTIES IN CONNECTION THEREWITH. YOU WILL ALSO INDEMNIFY AND HOLD THE INDEMNIFIED PARTIES HARMLESS FROM AND AGAINST ANY CLAIMS BROUGHT BY THIRD PARTIES ARISING OUT OF YOUR USE OF THE INFORMATION ACCESSED FROM THE SITE.

### Security
Any passwords used for the Site are for individual use only. User will be completely and totally responsible for the security of their password. HARDSEXTUBEPREMIUM.com will be entitled to monitor

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

User's password and, at its discretion, require user to change it. If user uses a password that HARDSEXTUBEPREMIUM.com considers insecure, HARDSEXTUBEPREMIUM.com will be entitled to require the password to be changed and/or terminate your account.

You are prohibited from using any services or facilities provided in connection with the Site to compromise security or tamper with system resources and/or accounts. The use or distribution of tools designed for compromising security (e.g., password guessing programs, cracking tools or network probing tools) is strictly prohibited. If User becomes involved in any violation of system security, HARDSEXTUBEPREMIUM.com reserves the right to release users' details to system administrators at other sites in order to assist them in resolving security incidents. HARDSEXTUBEPREMIUM.com reserves the right to investigate suspected violations of these Terms.

HARDSEXTUBEPREMIUM.com reserves the right to fully cooperate with any law enforcement authorities or court order requesting or directing HARDSEXTUBEPREMIUM.com to disclose the identity of anyone posting any e-mail messages, or publishing or otherwise making available any materials that are believed to violate these Terms. BY ACCEPTING THIS AGREEMENT YOU WAIVE AND HOLD HARMLESS HARDSEXTUBEPREMIUM.COM FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY HARDSEXTUBEPREMIUM.COM DURING OR AS A RESULT OF ITS INVESTIGATIONS AND/OR FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER HARDSEXTUBEPREMIUM.COM OR LAW ENFORCEMENT AUTHORITIES.

## Miscellaneous

These Terms will be governed and interpreted pursuant to the laws of the Province of Quebec, Canada, notwithstanding any principles of conflicts of law. You specifically consent to personal jurisdiction in the province of Quebec in connection with any dispute between you and HARDSEXTUBEPREMIUM.com arising out of these Terms or pertaining to the subject matter hereof. The parties to these Terms each agree that the exclusive venue for any dispute between the parties arising out of these Terms or pertaining to the subject matter of these Terms will be in the Court of Quebec or Superior Court in the judicial district of Montreal, Quebec, Canada. If any part of these Terms is unlawful, void or unenforceable, that part will be deemed severable and will not affect the validity and enforceability of any remaining provisions. These Terms constitute the entire agreement among the parties relating to this subject matter. Notwithstanding the foregoing, any additional Terms on the Site will govern the items to which they pertain. HARDSEXTUBEPREMIUM.com may revise these Terms of Use at any time by updating this posting.

It is a crime to use a false name or a known invalid credit card to order or to cancel a credit card without returning the property of HARDSEXTUBEPREMIUM.com. Anyone caught wilfully entering an erroneous or fictitious order will be prosecuted. Each electronic entry carries the computer coding of the internet provider through which the individual User can be traced.

Please note that all chargebacks are thoroughly investigated and may add you to a black list with our processor which will complicate future purchases.

Denying a purchase that you have made is illegal and will result in an investigation which can lead to heavy fines or other legal action towards you. Your credit can be affected by false claims of fraud.

## Cancellation Policy

At any time, and without cause, subscription to the service may be terminated by either Manwin Billing, Webexpansion Cyprus Ltd, Johnsburg, the site, or the subscriber upon notification of the other by electronic or conventional mail, or by telephone or fax. Subscribers are liable for charges incurred by them until termination of service. If you request cancellation or request a refund from Manwin Billing, Webexpansion Cyprus Ltd, Johnsburg, your bank, card issuer, or phone company due to unauthorized or fraudulent use, Manwin Billing, Webexpansion Cyprus Ltd and Johnsburg can at their discretion, to prevent further unauthorized use, block your information from use at all Manwin Billing, Webexpansion Cyprus Ltd and Johnsburg clients' websites. This will not however prevent unauthorized use at non-Manwin Billing, Webexpansion Cyprus Ltd and Johnsburg clients' websites, and is not a substitution for your contacting your appropriate channels to prevent further misuse. If you are taking advantage of a "Free" trial period through a credit card, please be aware of the following: Manwin Billing, Webexpansion Cyprus Ltd and Johnsburg will request and your bank will immediately put a "Reserved Funds" hold on your credit card for the amount of the subscription plan you have selected. If the free trial is cancelled within the timeframe allowed by the website, it typically takes the banking system 7 to 10 days to remove the credit card hold from these funds. Please understand that Manwin Billing, Webexpansion Cyprus Ltd and Johnsburg have no way to remove this hold. During the trial period and for a minimum of 7 to 10 days after you cancel, these funds are considered out of your bank even though technically they are still there, and you could overdraw or exceed the limits of your account. You are responsible for any charges imposed by your credit card issuing bank for exceeding your account limits or overdrawing your account.

## Refund Policy

HARDSEXTUBEPREMIUM.com does not provide cash refunds. The billing system used by HARDSEXTUBEPREMIUM.com provides extensive credit card fraud protection measures and our sites include many features to protect users from accidental charges. Therefore, refunds to your credit card will be provided only under the rarest of circumstances such as persistent technical problems originating with our equipment.

## Privacy policy

PLEASE READ THIS PRIVACY POLICY STATEMENT CAREFULLY. BY YOUR SUBSCRIPTION TO AND USE OF THIS SITE YOU WILL BE EXPRESSLY SIGNIFYING THAT YOU AGREE WITH THE POLICIES AND PRACTICES SET FORTH IN THE PRESENT PRIVACY POLICY STATEMENT AND THAT YOU ASSENT TO THE USE OF ANY PERSONAL INFORMATION THAT YOU SUPPLY OR THAT IS COLLECTED ABOUT YOU AS DETAILED IN THIS PRIVACY POLICY STATEMENT.

IF YOU DO NOT EXPRESSLY AGREE WITH ALL OF THE TERMS OF THIS PRIVACY POLICY STATEMENT YOU SHOULD NOT SUBSCRIBE TO OR USE THIS SITE.

The present Privacy Policy Statement details important information regarding the use and disclosure of user information and/or data gathered regarding subscriber ("you") and members of HARDSEXTUBEPREMIUM ("our", "we", "us" the "site") websites including but not limited to HARDSEXTUBEPREMIUM.com. In addition, this Privacy Policy sets forth all relevant policies and practices for the sites.

## USE

This is an adult site that expressly and strictly limits its membership to adults. This site does not knowingly seek or collect any personal information or data from persons under the age of 18. All persons under the age of 18 are strictly prohibited from accessing or viewing the contents on this site without exception. If you are under the age of 18 and/or under the age of majority in the jurisdiction you reside and from which you access the website, then your account will be terminated without notice or delay.

## INFORMATION COLLECTED FROM SUBSCRIBERS

Any customer that joins/signs up as a subscriber of the site will be required to provide personal information as well as demographic information which may include the subscriber's name, physical address, e-mail address, zip code, country, username, and password. The site collects any and all such information and includes it in its customer database. In addition, other information such as IP address(es), referring website information, browser information, and other related data may be collected.

## USE OF PERSONAL SUBSCRIBER INFORMATION

If the site features or conducts any special events, special promotions or offers, contests or polls, a subscriber of the site may be asked to provide information in order to participate, if the subscriber voluntarily provides that information, all such information may be collected by the site and included in its customer database.

If a subscriber sends any personal communication or correspondence by any means, to the site, or any of its employees, agents or representatives, the site may collect the information regarding that communication and include that information in its customer database.

The site may also automatically collect traffic and click-through data as well as information regarding the online behavior of subscribers by the use of "cookies" or other programming means - any information about subscribers collected by the site through the use of cookies or other programming means will generally not be associable to the specific user in any way.

## USE OF YOUR EMAIL ADDRESS

Your email address will be used to contact you when we have information to provide you. Such information may include, but is not limited to, special offers, new services and promotions, information relating to your account as well as any other subscription-related information. We may send you emails both before and after you have terminated your membership with us. This may happen until you advise us, in accordance with the procedures explained below, that you no longer wish to receive email from us and/or from third parties with whom we have a direct or indirect relationship. We will periodically share your email address with other third parties, with whom we have a direct or indirect relationship with, for the purposes of sending you special advertisements or promotions.

Both we and our advertising partners comply fully with the federal CAN-SPAM Act, and as such all emails from us and our advertising partners will always, among other required disclosures, have a place for you to opt out of receipt of further email correspondence. Please note you will never receive emails from our advertising partners without your consent. Please report any unauthorized emails that you receive without your prior authorization.

## DISCLAIMER

By the subscriber's use of the site, the subscriber expressly agrees that the site may use any personal information that has been provided by the subscriber or that has been collected by the site about the subscriber for any purpose, including without limitation, technical, administrative, research and development, customer administration, marketing, trading of personal data, age verification, promotional and advertising use by the site or third parties authorized to use the information by the site.

By the subscriber's use of the site, the subscriber expressly agrees that the site may, in its sole discretion share, disclose, transfer, rent, license or sell any of the personal information about subscribers that it has gathered or collected with affiliated or unaffiliated third parties.

All personal information about a subscriber may be collected by a third party web service provider that has an advertising banner or link on the site.



Exhibit I HardSexTubePremium T & C

The site is not responsible or liable for the use of any information that a subscriber may provide, or that is gathered by third-party websites that have banner ads or links on the site. The site shall not be responsible for the privacy policy or the content of other such websites. This site does not control, monitor or endorse the information gathering practices or privacy policies of any of those third-party websites.

Whenever applicable, each subscriber should seek to read the privacy policy of any third-party website provider that has an advertising banner, advertises or has a link on the site.

All information collected may be shared when necessary to comply with applicable law and /or to cooperate with law enforcement agencies and the courts/tribunals.

A subscriber's IP address may be used to diagnose problems with the server and all other technical issues and to administer the websites.

## SECURITY OF INFORMATION COLLECTED BY THE SITE

The site has adopted and implemented reasonable and technologically feasible procedures for maintaining the security, accuracy and integrity of all personal information relating to subscribers that is collected by the site.

While the website uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information, the transmission of information via the Internet is not completely secure. All subscribers should consider any information provided to or collected by the site as non-confidential, and consequently the site assumes no liability or responsibility if any information relating to any subscriber is intercepted and/or used by an unintended recipient.

Unfortunately, the transmission of information via the Internet is not completely secure. The website uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information.

## FINANCIAL INFORMATION

All financial data will only be shared with the site's third party processors in order to initiate and complete any orders placed on your account. All credit card transactions and such are processed with industry standard encryption through third party processors. Said processors only use your information for that purpose. All financial data and information shall be considered private information and will not be shared by the site with third parties except with your authorization or when necessary to carry out all and any transactions requested by the user with the understanding that such transactions may be subject to rules, terms, conditions and policies of a third party. All such information provided to a third party and all transactions are not governed by this Privacy Policy. All such information provided to a third party is subject to their terms and conditions.

Subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a subscriber will be presented with special offers either from the operators of the site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials.

## "OPT-IN" & "OPT-OUT" PROVISIONS

"OPT-IN" -- Some offers may be presented to the subscriber with the option to express the subscriber's preference by either clicking or entering "accept" (alternatively "yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes", the subscriber indicates that the subscriber "OPTS-IN" to that offer and thereby agrees and assents that the subscriber's personal information and data may be disclosed to third-parties.

"OPT-OUT" -- Other offers may be presented with a pre-selected preference or choice. If the subscriber does not deselect the pre-selected preference of choice (i.e. "OPT-OUT" of the offer) then the site may transfer the subscriber's personal profile information to the third-party service or content provider making the offer. If the subscriber deselects the pre-selected preference then no personal information about the subscriber may be disclosed to any third-party service or content provider.

## CHANGES/MODIFICATIONS TO PRIVACY POLICY

This privacy policy may be changed, modified or edited at any time. It is the subscriber's responsibility to verify the Privacy Policy intermittently to see if there has been any change. All changes to the privacy policy shall be in effect thirty days after it is posted, unless the terms of the privacy policy indicate otherwise.

## TERMS AND CONDITIONS OF MEMBERSHIP

Each subscriber should carefully read each of the terms and conditions of membership for the site. By accepting membership to this site, you are unconditionally accepting all of those terms and conditions. Some of those terms and conditions may also affect the right of this site to use information that it has gathered from subscribers.

## OWNERSHIP

The website is owned and operated by Manwin Billing, Webexpansion Cyprus Ltd and Johnsburg.

## THIRD-PARTY WEB BEACONS

We use third-party web beacons from Google to help analyze where visitors go and what they do while visiting our website. Google may also use anonymous information about your visits to this and other websites in order to improve its products and services and provide advertisements about goods and services of interest to you.

## U.S.C. Section 2257 Compliance Notice

All models, actors, actresses and other persons that appear in any visual depiction of actual sexually explicit conduct appearing or otherwise contained in this Website were over the age of eighteen years at the time of the creation of such depictions.
With respect to all visual depictions displayed on this website, whether of actual sexually explicit conduct, simulated sexual content or otherwise, all persons in said visual depictions were at least 18 years of age when said visual depictions were created. The owners and operators of this Website are not the primary producer (as that term is defined in 18 USC section 2257) of any of the visual content contained in the Website. Please direct questions pertaining to content on this website to: support@hardsextubepremium.com

The original records required pursuant to 18 U.S.C. section 2257 and 28 C.F.R. 75 for materials contained in the website are kept by the appropriate Custodian of Records as follows:

### Studio: 18 Carat
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Wegner, 20850 Dearborn St., Chatsworth, CA, 91311

### Studio: 1st Strike
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Entin, 6752 Eton Avenue Canoga Park, CA. 91303

### Studio: 21 Sextury
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Zafiri Law Office, 4/A Szepvolgyi ut, Budapest 1025, Hungary

### Studio: 3 Vision Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Smith, 3166 E. Palmdale Blvd. Suit 214, Palmdale, CA. 93550

### Studio: 3X Film Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : István Varga, Reitter Ferenc u. 132., Budapest, -1 1131, HU

### Studio: 4 Stroke Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ingo John, Panska 8, Brno, Czech Republic, 602 00

### Studio: 818 XXX
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9400 Eton Avenue, Chatsworth, CA 91311

### Studio: Acid Rain
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Weston, 8735 Shirley Avenue, Northridge, CA, 91324

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C
Exhibit I HardSexTubePremium T & C

**Studio: Adam & Eve Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P. Harvey, At PHE Inc, 302 Meadowland Dr., Hilsborough, NC, 27278

**Studio: Adrenaline Rush**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Szabo, 7650 Gloria Avenue, Van Nuys, CA, 91406

**Studio: Adult Source Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jim Crawford, 9421 Winnetka Avenue, Suite G, Chatsworth, CA 91311 USA

**Studio: Aftershock**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P.Cseh, 6031 Kester Avenue, Sherman Oaks, CA. 91411

**Studio: All Wet Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Copeland. Global Media International Films Inc., 630 North Avenue, New York, NY 10036

**Studio: AMA Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Loughlin, 7334 Topanga Canyon Blvd. #114, Canoga Park, CA 91303

**Studio: Amateur District**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 3221 South Andrews Avenue, Ft. Lauderdale, Florida 33316

**Studio: American Hardcore**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Thomas di Reda, 7625 Hayvenhurst Avenue, # 26, Van Nuys, CA, 91406

**Studio: Amorz**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Kevin, 1203 John Reed Ct., City of Industry, CA 91745

**Studio: Anabolic**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Chris Roos at 9223 Owensmouth St, Chatsworth, CA 91311

**Studio: Anarchy Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Jacoby/D. Wegner, 20850 Dearborn Street, Chatsworth, CA, 91311

**Studio: Andaro Vertriebs**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Dennis Ramaty, Goethering 52, Offenbach am Main,Germany, 63067

**Studio: Antigua Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 21110 Norrdoff St., Chatsworth, CA 91111

**Studio: Asses Up Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Centauro, 7345 Topanga CYN. BLVD, Canoga Park, CA 91303

**Studio: B & D Pleasure**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Chuck Zane, 21526 Osbourne St., Canoga Park, CA, 91304

**Studio: B.S. Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Krull, 9724 Cozycroft Avenue, Chatsworth, CA 91311

**Studio: Baby Doll Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9400 Eton Avenue, Chatsworth, CA 91311

**Studio: Back End Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9400 Eton Avenue, Chatsworth, CA 91311

**Studio: Ballbusting Pornstars**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Eric Jover, 7625 Hayvenhurst Avenue Suite #8, Van Nuys, CA 91406

**Studio: Big Rich`s Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 3223 Main Street, Vancouver, Canada, V5V 3M6

**Studio: Big Top**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Xavier, 214 W Grant Rd. Tucson, AZ. 85705

**Studio: Bikini Beach Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Levine, 9810 Owensmouth Avenue, Chatsworth, CA 91311

**Studio: Bizarre Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Keith Gordon, 20-40 Jay St., Brooklyn, NY, 11201

**Studio: Black City Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Robinson, 127 Hendy Creek Rd., Unit B, Pine City, NY 14871, US

**Studio: Black Doll**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Innis, 36-08 34th St., Studio #1, 2nd floor, LIC, NY. 11106

**Studio: Black Label Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jay Michaels, 8335 Winnetka Avenue, Suite #112, Winnetka, CA 91306

**Studio: Black Market**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9320 Mason Avenue, Chatsworth, CA 91311-5201

**Studio: Black Mirror Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Gallant, 676-A Ninth Avenue #329 NYC NY 10036

**Studio: Black Thunder Digital**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9145 Owensmouth Avenue, Chatsworth CA 91311



Exhibit I HardSexTubePremium T & C

**Studio: Black Widow Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Cleveland, 2964 Redwood Avenue, Costa Mesa, CA 92626

**Studio: Blackout**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Zingerman, 21817 Plummer Street, Suite C, Chatsworth, CA, 91311

**Studio: Bluebird Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 6711 Odessa Avenue, Van Nuys,CA 91406

**Studio: Bonk Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Denis Labre, A12-1250 Eglinton Ave. West, Suite 222, Mississauga, Ontario, Canada L5V 1N3

**Studio: Bordellonoir**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Bonneville 3885-J #328 Cocheran Blvd. Simi Valley, Ca. 93063

**Studio: Boston Alternative Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : John Ferguson, 725 Branch Avenue #103 Providence, RI 02903

**Studio: Brazzers**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Sim, 7777 Decarie Boulevard, Suite 300, Montreal, Quebec, Canada H4P 2H2

**Studio: Brazzers Live**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Sim, 7777 Decarie Boulevard, Suite 300, Montreal, Quebec, Canada H4P 2H2

**Studio: Brazzers Series**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Sim, 7777 Decarie Boulevard, Suite 300, Montreal, Quebec, Canada H4P 2H2

**Studio: Bricate Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jon Ray, 13029 A. Victory Blvd #332, North Hollywood, CA. 91606

**Studio: Brookland Bros. Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Marc Bruder, 2020 Broadway, Second Floor, Santa Monica, CA 90404, US

**Studio: Burning Angel**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Keyframe Programming, Inc. 10916 SE Lenore St. Happy Valley, OR 97086

**Studio: Buster Booty**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C.Cleveland, 20821 Dearborn St., Charsworth,CA, 91311

**Studio: Caballero**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 7230 Coldwater Canyon Blvd., North Hollywood, CA 91605.

**Studio: Cal Vista**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Metro Media Entertainment, 9300 Corbin Avenue, Northridge, CA, 91324

**Studio: Camel Toe**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : DW, 9531 Cozycroft Avenue, Chatsworth, CA, 91311

**Studio: Candy Shop**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : David Joseph, RLDD Distribution, LLC, 20339 Nordhoff St., Chatsworth, CA 91311

**Studio: Captain Willy**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. White, 9539 Cozycroft Avenue, Chatsworth, CA, 91311

**Studio: CDI**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Robert Brickman, 8021 Remmet Avenue, Canoga Park, CA, 91304

**Studio: Celestial**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Ott, 23248 Canzonet St., Woodland Hills, CA 91367

**Studio: Cezar Capone**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 3221 South Andrews Avenue, Ft. Lauderdale, Florida 33316

**Studio: Chain Reaction**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P. Cseh 7660 Gloria Avenue, Van Nuys, CA 91406

**Studio: Chameleon Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Goldman, 4041 W. Missouri Avenue, Phoenix, AZ, 85019

**Studio: Chatsworth Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Meis & N. Ayala, 9140 Owensmouth Avenue, Chatsworth, CA. 91311

**Studio: Cherry Boxxx Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9158 Eton Avenue, Chatsworth, CA, 91311

**Studio: Cherry X**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9400 Eton Avenue, Chatsworth, CA, 91311

**Studio: City Girls**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Moshko, 255 West 36th Street, #204 New York, NY 10018

**Studio: Classic X Collection**
This studio's content was produced prior to July 3rd, 1995 therefore it is exempt from requirements of the TITLE 18, SECTION 2257

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

**Studio: Club Jenna**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 2706 Media Center Drive, Los Angeles, CA 90065

**Studio: Club Summer Haze**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Craig Scott, 3389 Sheridan St. #459, Hollywood, FL. 33021

**Studio: Coast to Coast**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Coast 2000, M. Rothstien, 39 W 19th St., New York, NY, 10011

**Studio: CodeX**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Gonzales, 21040 Nordoff St., Chatsworth, CA, 91311

**Studio: Collateral Damage**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. van der Hoven, Simon Stevinstraat 7, Teil,The Netherlands, 4004 JV

**Studio: Colossal Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Clerk, 5362 Cahuenga Blvd. , North Hollywood, CA, 91601

**Studio: Combat Zone**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Giarusso, Pres., 9644 Lurline Avenue, Chatsworth, CA91311, USA

**Studio: Corrupted Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Brown, 25 Canfield Rd., Cedar Grove, NJ, 07009

**Studio: Critical X**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jay Michaels, 8335 Winnetka Avenue, Suite #112, Winnetka, CA 91306

**Studio: Crush**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Dewan, 516 E #4 New York, NY 10009-6571

**Studio: Cutting Edge**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Cohen, 9145 Owensmouth Avenue, Chatsworth CA 91311

**Studio: Damaged Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Zingerman, 21817 Plummer Street, Suite C, Chatsworth, CA, 91311

**Studio: Dane Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Marquez/P. Bussey, 9547 Cozycroft Avenue, Chatsworth, CA, 91311

**Studio: Dark Xtreme**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Szabo, 6031 Kester Avenue, Sherman Oaks, CA, 91411

**Studio: DBA Supercore XXX**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Paseo de Mallorca, 18, 07012 Palma, Baleares, Islas Baleares, Spain

**Studio: DDF Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 1389 P. 62, PO Box 118, Budapest, Hungary

**Studio: Decadence Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J.R. White, 9539 Cozycroft Avenue, Chatsworth, CA, 91311

**Studio: Demolition**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Weston, 8735 Shirley Avenue, Northridge, CA, 91324

**Studio: Demonic**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Fantasy Enterprises Inc, Harry B., 5840 S Semoran Blvd., Orlando, FL, 32822

**Studio: Desperate Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Ben-Niam/Channel 69 Video, 9400 Lurline-Suite F1, Chatsworth, CA, 91311

**Studio: Devil's Film**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : NetFame Solutions Inc., 3300 Cote-Vertu, Suite 406, Montreal, Quebec, Canada H4R 2B7

**Studio: Distinctive Movies**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Wayne Herrera, 18034 Ventura Blvd. #452, Encino, CA, 91316

**Studio: DNA**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Desantis, 62 West 37th St., New York, NY, 10016

**Studio: Doghouse**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 8148 Devonshire, Montreal, Quebec, Canada, H4P 2K3

**Studio: Dr. Moretwat**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jim Roberts, 9909 Topanga Canyon Blvd. Ste. #230, Chatsworth, CA, 91311

**Studio: Dream Girls**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Mr. Faile, 4020 East 12th Avenue, Tampa, FL 33605.

**Studio: Dream Room Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 445 S. Figueroa St Suite 2600 Los Angeles, CA 90017 USA

**Studio: Dreamland Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9158 Eton Avenue, Chatsworth, CA, 91311

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

**Studio: Dungeon VIP**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Tatoulis, 800 Petrolia Road, Unit 18, Toronto, Ontario, Canada, M3J 3K4

**Studio: Dusk 'til Dawn**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Cleveland, 9751 Independence Avenue, Chatworth, CA, 91311

**Studio: DVSX**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Colmenero, 8943 Fullbright Avenue, Chatsworth, CA, 91311

**Studio: DWS Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Sherri Ayash, 951 Willow Springs Rd., Twin Peaks, CA, 92391

**Studio: Ebony Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Russo, 3441 W. Sahara Avenue A-7, Las Vegas, NV, 89102

**Studio: Elegant Angel**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Patrick Collins, 9801 Variel St., Chatsworth, CA, 91311

**Studio: Emily Rigby Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 3221 South Andrews Avenue, Ft. Lauderdale, Florida 33316

**Studio: Eromaxx**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Communicon, S.R.O., Osamocena 789 , 16000 Prague, Czech Republic

**Studio: Eros Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Gibson, 630 Quintana Road, Morro Bay, CA 93442

**Studio: Erotic Angel**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Kevin Beechum, 9158 Eton Avenue, Chatsworth, Ca, 91311

**Studio: Ethnicity Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Mann, 9327 Deering Avenue, Chatsworth, CA, 91311

**Studio: Evil Angel**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Belladonna**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Christoph Clark**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel David Aaron Clark**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Jake Malone**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Jay Sin**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Jazz Duro**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Joey Silvera**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel John Leslie**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel John Stagliano**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Jonni Darkko**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Manuel Ferrara**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Mike Adriano**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Nacho Vidal**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Raul Cristian**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Rocco Siffredi**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Sean Michael**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: Evil Angel Omar Galanti**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

Exhibit I HardSexTubePremium T & C

**Studio: Excessive Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Berrios, 8484 Wilshie Boulevard, Suite 900, Beverly Hills, CA, 90211

**Studio: Explicita**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 105-111 S. State Street, Hackensack, NJ 07601

**Studio: Exquisite**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 20821 Dearborn Avenue, Chatsworth, CA, 91311

**Studio: Exquisite / ANRPG**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Feig, 20821 Dearborn Avenue, Chatsworth, CA, 91311

**Studio: Fatt Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A.Thornton, 21110 Nordhoff St. Unit L, Chatsworth, CA, 91311

**Studio: Feline Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Cohen, 9145 Owensmouth Avenue, Chatsworth CA 91311

**Studio: Fetish Oasis**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Young, 240 East 27th Street, New York, NY 10016

**Studio: Fifth Element**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Knieling, 20850 Dearborn St., Chatsworth, CA 91311

**Studio: Filth Factory**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Berrios, 8484 Wilshie Boulevard, Suite 900, Beverly Hills, CA, 90211

**Studio: Finland Deluxe**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Sim, 7777 Decarie Boulevard, Suite 300, Montreal, Quebec, Canada H4P 2H2

**Studio: Flash Point Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Bunz, 33592 Rising Tide Ct., Dana Point, CA, 92629

**Studio: Flesh Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Poole, 15041 Calvert St., Van Nuys, CA 91411

**Studio: Forbidden**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 105-111 S. State Street, Hackensack, NJ 07601

**Studio: Freaky Steve**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J Tatulis, 800 Petrolia Rd, #18, Toronto, -1 M3J3K4, CA

**Studio: Fresh Meat Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Baker 21541, Blythe St., Canoga Park, CA 91304

**Studio: Funky Monkey**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 50 Biscayne Blvd., Miami, FL 33132

**Studio: Future Works**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 10 East 33rd Street, 7th Floor, New York City, NY, 10016

**Studio: G.D. Douglass**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G.D. Douglas, 3230 E. Flamingo Road #401, Las Vegas, NV, 89121

**Studio: Galaxy Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Mel Schwartz, 2941 Quincy Turn, Bensalem, PA, 19020

**Studio: Galdavision Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Zingerman, 21817 Plummer Street, Suite C, Chatsworth, CA, 91311

**Studio: Gen XXX**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Tremont, 2677 La Cienaga Blvd., L.A.,CA, 90034

**Studio: Genesis Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 800 Petrolia Rd. Unit 18, Toronto, Ontario, Canada M3J 3K4

**Studio: Gentlemen's Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Esposito, 21638 Lassen St., Chatsworth, CA, 91311

**Studio: Gia Darling Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 69 I Bieschboschstraat 69 I, Amsterdam 1057, Netherlands.

**Studio: Gina Lynn**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Travis Knight, 94 Mull Avenue Sinking Spring., PA 19608 , USA

**Studio: Global Media International Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : David Copeland, 630 9th. Avenue Suite 207, New York, NY 10036.

**Studio: Golden Age Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Gibson, 630 Quintana Road, Morro Bay, CA 93442

**Studio: Gotham Gold**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Adult Entertainment Broadcast Network, 500 Archdale Drive, Charlotte, NC 28217

**Studio: Gothic**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jerry van Binsbergen, Veenderveld 118, Roelofarendsveen, Select A


converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

State 2371 TX, NL

**Studio: Gourmet Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Michael Johnson, 9718 Glenoaks Blvd, Sun Valley, CA 91352, US

**Studio: Grind House Porn**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Weston, 8735 Shirley Avenue, Northridge, CA, 91324

**Studio: Gwen Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 966 E. 4th Street, Suite A, Los Angeles, CA 90013.

**Studio: H2 Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Eleni Markaki, Kifissias Avenue Atrina Tower B, Athens, Greece, 15125

**Studio: Hardline**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Zuzana Horokova, Muehlegasse 12A, 6340 Baar, Switzerland

**Studio: Hardworks**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Feig, at L.V.V.E., 21540 Prarie St., #D, Chatsworth, CA 91311

**Studio: Harmony Films**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Stagliano, 14141 Covello St. 8C, Van Nuys, CA 91405

**Studio: He She Studios**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Richman & B. Mendleson, 8955 Fullbright Avenue, Chatsworth, CA, 91311

**Studio: Heart Core**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Strano, 934 Howard Street, San Francisco, CA, 94103

**Studio: HeatwAvenue Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Szabo, 6031 Kester Avenue, Sherman Oaks, CA, 91411

**Studio: Hell House Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Tyler Gonty, 14662 SE 172nd St., Renton, WA, 98058

**Studio: Hell's Ground Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ivan Catlin, 2150 Ward, Ville St. Laurent, Quebec, Canada H4M 1T7

**Studio: High Impact**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Loughlin, 7334 Topanga Canyon Blvd. #114, Canoga Park, CA 91303

**Studio: Hole In One**
This studio's content was produced prior to July 3rd, 1995 therefore it is exempt from requirements of the TITLE 18, SECTION 2257

**Studio: Homemade Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9320 Mason Avenue, Chatsworth, CA 91311-5201

**Studio: Horizon Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Gibson, 630 Quintana Road, Morro Bay, CA 93442

**Studio: Hot Chocolate**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D.Copeland, 630 9th Avenue, New York, NY, 10036

**Studio: Hundies**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Taylor, 7777 Davie Rd Ext, STE 1068, Davie, FL 33024, USA

**Studio: Hustler**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : David Carrillo, LFP, Inc., 8484 Wilshire Blvd., Beverly Hills, CA 90211

**Studio: I-Candy**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Lewis Wolf, Theater Group, 4820 North Rancho Drive #B, Las Vegas, NV 89130

**Studio: IDV**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J.P., 3115 Duffenin St. Toronto, Ontario, Canada M8A 259

**Studio: Incredible Digital**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Johnston, 197 Route 17, Paramus, NJ 07662

**Studio: Intense Industries**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. van der Hoven, Simon Stevinstraat 7, Teil,The Netherlands, 4004 JV

**Studio: Introduction**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Gonzales, 21040 Nordoff St., Chatsworth, CA, 91311

**Studio: Jekyll & Hyde Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Grayson, 14141 CAvenuela St, Suite 5D, Van Nuys, CA 91405

**Studio: Jet Multimedia**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Simpson, 9811 Owensmouth Avenue, Unit 6, Chatsworth, CA, 91311

**Studio: JFP**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Robinson, 127 Hendy Creek Rd., Unit B, Pine City, NY 14871, US

**Studio: JM Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Lane, 21110 Nordhoff Avenue Unit C, Chatsworth, CA, 91311

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

**Studio: John Strong Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Y. Boroda 20339, Nordhoff St., Chatsworth CA 91311

**Studio: Juicy Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Estrada, 9751 Independence Avenue, Chatsworth, CA 91311

**Studio: Jules Jordan Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Gasper, 19860 Nordhoff Place, Chatsworth, CA 91311

**Studio: Julie Simone Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 7237 Franklin Avenue Suite 7, Los Angeles, CA. 90046 U.S.A.

**Studio: Justin Slayer International**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Bell, 7738 Gloria Avenue, Van Nuys, Ca 91403

**Studio: Kamikaze Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Woo, 135 E. Chestnut Avenue #2B, Monrovia, CA, 91006

**Studio: Kaytel Video Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Alain Richer, 2150 Ward, Ville St. Laurent, Quebec, Canada H4M 1T7

**Studio: K-Beech**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9601 Mason Avenue, Unit B, Chatsworth, CA 91311

**Studio: Kimberly West Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Tatoulis, 800 Petrolia Road, Unit 18, Toronto, Ontario, Canada, M3J 3K4

**Studio: Kink Krew**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Mr. Joe Smith, Suite 3c, Eurolife Building 1, Corral Road, Gibraltar

**Studio: LatinX**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Gonzales, 21040 Nordoff St., Chatsworth, CA, 91311

**Studio: Lava XXL**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Thomas Wawer, Pappelbrink 54, Hannover, Germany, 30657

**Studio: Legal Pink**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Playhouse Downloads, Rondebeltweg 2, 1329BA, Almere, The Netherlands

**Studio: Legend**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Legend, 20339 Nordoff St., Chatsworth, CA, 91311

**Studio: LeMayzing Production**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Laurie Emery, 1025 Ocean Avenue, Ste. 102, Santa Monica, CA 90403

**Studio: Lethal Hardcore**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Colossus Media Group, 744 Grand Avenuenue East, Suite 39, Chatham, Ontario, Canada, N7L 1X6

**Studio: Lewd Fucking Sex Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Gonzales, 21040 Nordoff St., Chatsworth, CA, 91311

**Studio: Le'Wood Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Sherwood, 4924 Balboa Avenue #434, Encino, CA 91316

**Studio: Lex Drill Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9145 Owensmouth Avenue, Chatsworth, CA 91311

**Studio: Lexington Steele/Mercenary Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Britt, 21018 Osborne Str., Unit #2, Canoga Park, CA 91304

**Studio: Lick Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J.R. White, 9539 Cozycroft Avenue, Chatsworth, CA, 91311

**Studio: Loaded Digital**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Enrique, 9327 Deering Avenue, Chatsworth, Ca. 91311

**Studio: Lord Perious Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Krull, 9724 Cozycroft Avenue, Chatsworth, CA 91311

**Studio: Low Art**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Oren Cohen, 14746 Raymer St., Van Nuys, CA 91405

**Studio: Lucky Devil**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Simpson, 9539 Cozycroft Avenue, Chatsworth, CA, 91311

**Studio: M Squared Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jackie Barnard, 801-288 East 8th Avenuenue ,Vancouver, BC, Canada V5T 4S8

**Studio: Mach 2 Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Ouran, 14141 Covello St., Suite 1-D, Van Nuys, CA 91405

**Studio: Macho Man Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Friedland/Jill Kelly Productions, 9121 Thrasher Avenue, Los Angeles, CA, 90069


converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

### Studio: Madness
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Barion 14141, Covello St., Suite 1-D, Van Nuys, CA 91405

### Studio: Major Video Concepts
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Juan Segura, Sobegirl Inc. 6538 Collins Avenue #462 Miami, FL, 33141

### Studio: Marc Dorcel
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 25 Rue Plumet, Paris, France, 75015

### Studio: Mark Wood Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Mendleson, 9145 Owensmouth Avenue, Chatsworth, CA, 91311

### Studio: Master Len
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Gecko Productions, 4206 W. Reno Avenue, Las Vegas, NV89118

### Studio: Matrix Content
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Norman Bentley, 21135 erwin St,, Woodland Hills, CA, 91367

### Studio: Maximum Grind
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Krull, 9724 Cozycroft Avenue, Chatsworth, CA 91311

### Studio: Maximum Xposure
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Beckman, 7050 Valjean Avenue, Van Nuys, CA 91406

### Studio: Maxine X Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 800 Petrolia Rd. Unit 18, Toronto, Ontario, Canada M3J 3K4

### Studio: Mayhem
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Joplin, 9144 Deering Avenue, Chatsworth, CA, 91311

### Studio: Meltdown
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Desantis, 62 West 37th St., New York, NY, 10016

### Studio: Melting Images
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Desantis, 62 West 37th St., New York, NY, 10016

### Studio: Metro
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Enrique, 9300 Corbin Avenue, Northridge, CA 91324

### Studio: Metropolis Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Szabo, 6031 Kester Avenue, Sherman Oaks, CA, 91411

### Studio: Michael Kahn Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Michael Kryger, 8739 Azul Dr, Canoga Park, CA 91304 , US

### Studio: Michael Stefano Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Michael Menta, 20339 Nordhoff St., Chatsworth, CA, 91311

### Studio: Mikado
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Woo, Cinema Paradise 135 E, Chestnut Avenue #28, Monnovia CA 91006

### Studio: Mile High Media
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : T. Blitt, Mile High Distribution Inc., 8148 Devonshire, Montreal, Quebec, Canada H4P 2K3

### Studio: MILF Mania
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Zingerman, 21817 Plummer Street, Suite C, Chatsworth, CA, 91311

### Studio: Mother Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Elizabeth Starr, Starr Productions, 6758 Franklin place, Hollywood, CA 90028

### Studio: Motherfuckers
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Copeland. Global Media International Films Inc., 630 North Avenue, New York, NY 10036

### Studio: Multimedia
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Lane, 9730 Veriel Avenue, Chatsworth, CA 91311

### Studio: Nasty Boyz
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Chris Bonneville, Valhalla Sky Productions, 6758 Franklin Place, Hollywood, Ca 90028

### Studio: Nasty Jack
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. White, 9539 Cozycroft Avenue, Chatsworth, CA, 91311

### Studio: Nasty Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P. Provenzano, 18722 Vista Del Canyon - A, New Hall, CA 91321

### Studio: Nasty Pixxx
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ron Atkinson, 5114 Calenda Drive, Woodland Hills, CA, 91367

### Studio: Naughty Risque
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Choungchote, 250 River St, Hackensack, NJ 07601

### Studio: Nectar
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Entin, 14141 Covello Street, Suite 5C, Van Nuys, CA 91405

Exhibit I HardSexTubePremium T & C

### Studio: New Machine
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Brown, 25 Canfield Rd., Cedar Grove, NJ, 07009

### Studio: New Porn Order
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 3389 Sheridan St. #469, Hollywood, FL, 33021

### Studio: Niche Channel
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P. Leu 69 Wesley St. Teterboro, NJ 07606

### Studio: NJ Films
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Knowles, Pres NJ Films Inc., 9728 Variel Avenue, Chatsworth, CA 91311

### Studio: No Boundaries
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Jacoby, 21311 Gault St., Canoga Park, CA. 91303

### Studio: Noose
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : L. Shannon, 9145 Owensmouth Avenue, Chatsworth, CA 91311

### Studio: Notorious
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P. Hesky, 9821A Independence, Chatsworth, CA, 91311

### Studio: Nubian Video
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Rothstien, 39 W 19th St., New York, NY, 10011

### Studio: NuTech Digital
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Elimelech, 7900 Gloria Avenue, Van Nuys, CA 91406

### Studio: NXT LeVL Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Sherwood, 4924 Balboa Avenue #434, Encino, CA 91316

### Studio: OGV
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Ouax, 7800 Airport Business Parkway, Van Nuys, CA, 91406

### Studio: Old Pueblo
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : L. Hansen, 2390 Crenshaw Blvd., #276, Torrance, CA, 90501

### Studio: Omnique Erotica
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. DeJusus, 7140 Jarracha Rd., San Diego, Ca 92114

### Studio: On The Flop Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Kevin Omalley, 850 E. Vista Way, Suite E, Vista, CA 92084, US

### Studio: Ona Zee
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : F. Wiegers, 4274 Lincoln Blvd, suite 320, Marina Del Rey, CA 90292.

### Studio: One Piece Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : T. Nogochi, 21601 Devonshire St. Suite, 301 Chatsworth, CA 91311

### Studio: Onyxxx Films
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Tennenbaum, Lex Drill Productions, 9145 Owensmouth Avenue, Chatsworth, CA 91311

### Studio: OSK Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 102-215 Highland Road West Kitchener, Ontario, Canada N2M 3C1

### Studio: Outrageous
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Moshko, 255 West 36th Street, #204 New York, NY 10018

### Studio: Overboard Video
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : OpenMind Solutions, Inc, 23072 Lake Center Drive, Ste. 100, Lake Forest, CA 92630

### Studio: Pandemonium
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 105-111 S. State Street, Hackensack, NJ 07601

### Studio: Party Cove xxx
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Martin, 635 N. Twin Oaks Valley Rd. #15, San Marcos, CA, 92069

### Studio: Peach DVD
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : David James, 15115 Califa Street #C, Van Nuys, CA, 91411

### Studio: Pearl Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : G. Szabo, 6031 Kester Avenue, Sherman Oaks, CA, 91411

### Studio: Perversa
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Global Media Group KFT, American UT H-5140 Budapest

### Studio: PH7
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J.P., A12-1260, Eglinton Avenue West, Suite 233 Missasauga, Ontario, Canada L5V 1N3

### Studio: Pink Kitty Video
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D & E Media, LLC, 360 Glenwood Avenue, #6 E Orange, NJ 07017

### Studio: Pink Puncher
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Woo, 135 E. Chestnut Avenue #2B, Monrovia, CA, 91006

### Studio: Pink Visual Productions

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Safe Keeping Records, 12445 Gladstone Avenue, Sylmar, CA 91342

**Studio: Pink'o**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Sins Factory srl, Via Pomposa 43 / I - The Linden Centre, 47924 Rimini

**Studio: Piston Exclusive**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Forcellini Corrado, St. Di Gualdre, 7, Fiorentino , -1 47897, SM

**Studio: Planet Skin**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Koplik, 4913 H. Ashland Avenue #3, Chicago, IL 60940.

**Studio: Platinum Blue**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Emily Rigby, 7880 W 20th Avenue, Studio 41, Hialeah, FL 33016

**Studio: Platinum X Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Menta, 21018 Osborne St., #5 , Canoga Park, CA 91304

**Studio: Playtime**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ronald Sturgeon, 2781 W. MacArthur Blvd., Suite B352, Santa Ana, CA 92704, US

**Studio: Porn Academy**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : support@thepornacademy.com

**Studio: Porn Authority**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ben Protzmann, BlingBucks, Inc., 55 Sea Cliff Avenue, Glen Cove, NY 11542

**Studio: Porn Star Legends**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Murray , 348-2660 Southvale Crescent, Ottawa, Ontario, Canada K1B 4W5

**Studio: Porn Zone**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Alain Richer, 2150 Ward, Ville St. Laurent, Quebec, Canada H4M 1T7

**Studio: Power House**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Rinaldi, 21418 Parthenia St., Canoga Park, CA, 91304

**Studio: Powersville**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Lane, 9730 Veriel Avenue, Chatsworth, CA 91311

**Studio: Precious Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Feig, 9751 Independence Avenue, Chatsworth, CA 91311

**Studio: Private**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Fraserside Holdings Ltd., Office 1002, 10th Floor, Nicoloau Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus.

**Studio: Puba**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ben Hadjun, 7032 Bright Avenue Whittier, CA 90602

**Studio: Pulpo Inc**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. A. Elarahona, 13200 Mason Avenue, # 119, Chatsworth, CA 91311

**Studio: Pulse Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Grayson, 14141 CAvenuela St, Suite 1C, Van Nuys, CA 91405

**Studio: Pure Filth Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Legend, 20339 Nordoff St., Chatsworth, CA, 91311

**Studio: Pure Platinum**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Emily Rigby, 7880 W 20th Avenue, Studio 41, Hialeah, FL 33016

**Studio: Puritan**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P J Krasner, 2977 Macarthur Road, Unit #2248, Whitehall, Pennsylvania 18052

**Studio: Purple Haze Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 255 W36th St. NY, NY 10018

**Studio: Python Pictures**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Wegner, 20850 Dearborn St., Chatsworth, CA, 91311

**Studio: R18Media**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Pinero, 800 Petrolia rd, unit 18, North York, Ontario, M3J 3K4

**Studio: Radical**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Kouva, Kehrasaari B 206 Tampere Finland

**Studio: Rain Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Weston , 21414 Chase St #1, Canoga Park, CA, 91304

**Studio: Rapture Entertainment**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Garfinkel, 8735 Shirley Avenue, Northridge, CA, 91342

**Studio: Ray Wolfe Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Patrick Levy, 2150 Ward, Ville St. Laurent, Quebec, Canada H4M 1T7

**Studio: Reality Junkies**

Exhibit I HardSexTubePremium T & C

All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : T. Blitt, Mile High Distribution Inc., 8148 Devonshire, Montreal, Quebec, Canada H4P 2K3

### Studio: Red Hot Collection
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : T. Wada, 4550 Wilshire Blvd., LA, CA, 90010

### Studio: Red Light District
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : David Joseph, RLDD Distribution, LLC, 20339 Nordhoff St., Chatsworth, CA 91311

### Studio: Red Lines Video
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Tatoulis, 800 Petrolia Road, Unit 18, Toronto, Ontario, Canada, M3J 3K4

### Studio: Red Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Pinero, 800 Petrolia rd unit 18, Toronto, Ontario, M3J 3K4

### Studio: Red Rhino
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : BM Woody, 1199 Lynn Valley Road North Vancouver B.C., Canada V7J 3S9

### Studio: Risque Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Cleveland, 2964 Redwood Avenue, Costa Mesa, CA 92626

### Studio: Rob King
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Feig, 9751 Independence Avenue, Chatsworth, CA 91311

### Studio: Rockman Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Suarez, 4523 Van Nuys Blvd., Suite 204, Sherman Oaks, CA 91403

### Studio: Rotten Candy Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Baker 21541, Blythe St., Canoga Park, CA 91304

### Studio: Sabrina Deep
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Yallop, 257 Troy St., Mississauga, Ontario, Canada L5G 1S9

### Studio: Salieri
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Daniela Rapanà, Via Vignola 4, Lugano, Switzerland, 6900

### Studio: Samuraiporn
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Avbox Inc., 1108 W. Valley Blvd. Ste 6-303, Alhambra, CA, 91803

### Studio: Sapphire
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 105-111 S. State Street, Hackensack, NJ 07601

### Studio: Screw My Wife Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Navarro, 18216 Parthenia Street, Northridge, California, 91325

### Studio: Sex Line Sinema
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Beechum, 9400 Eton Avenue, Chatsworth, CA 91311

### Studio: Shock WAvenue
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : E. Rosen, 520 North Croft Avenue #203, West Hollywood CA 90048

### Studio: Shots Video
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Balvers, 6651 KS, Druten, The Netherlands, Europe, 61348

### Studio: Silver Sinema
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Rnash, 1335 Corona Pointe Court, Corona, CA 92879 USA, 2257--@sc-2257.com

### Studio: Simon Wolf
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Robert Herrera, 8944 Mason Avenue, Chatsworth, CA, 91311

### Studio: Sin City
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Dillon, 537 Stevenson Street, Suite 200, San Francisco, CA 94103

### Studio: Sinful Pleasures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Beckman, 7050 Valjean Avenue, Van Nuys, CA 91406

### Studio: Sinsations
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : L.G. Cruz, 7o Andador de 7o Andador de Peninsula 170 B, Jaltenco Edo, de Mex, 55780

### Studio: Sin-Sensual
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : P. Sirimarco, Sinastion, 9181 Deening Avenue, Chatsworth, CA 91311

### Studio: Skin Tight Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Mendleson, 9145 Owensmouth Avenue, Chatsworth, CA, 91311

### Studio: Sky High Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 4550 Wilshire Blvd., LA, CA, 90010

### Studio: Smash Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9619 Canoga Avenue, Chatsworth, California 91311

### Studio: Snatch
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A Thornton, 21110 Nordhoff St. Unit L, Chatsworth, CA 91311, US

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

### Studio: Spinner Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Howard Feintuch, 20339 Nordhoff St., Chatworth, CA, 91311

### Studio: Spread 'Em Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Raffi, E.P.M. sa, Via Fondo Ausa, 68 Blocco, 2-47891, Dogana Rep. Di San Marino

### Studio: Starr Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Elizabeth Starr, Starr Productions, 6758 Franklin place, Hollywood, CA 90028

### Studio: Staviss Photo, Film & Video Production
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Dennis Ramaty, Goethering 52, Offenbach am Main,Germany, 63067

### Studio: Steroid Supercore
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Joaquin Reinhard, Paseo de Mallorca 18, Palma de Mallorca, Beleares, 07012

### Studio: Studio Teriyaki
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 11400 West Olympic Blvd. Suite200 Los Angeles, CA 90064

### Studio: Stunner Studios
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Scott, 3389 Sheridan St. #469, Hollywood, FL, 33021

### Studio: Subversive Sinema
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Tatoulis, 800 Petrolia Road, Unit 18, Toronto, Ontario, Canada, M3J 3K4

### Studio: Sudden Impact
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Newcomb, 20432 Corisco St., Chatsworth, Ca 91311

### Studio: Sunlust Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 7336 Santa Monica blvd #31, W Hollywood, CA 90046

### Studio: Supercore
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Abston 9730 Variel Avenue, Chatsworth, CA 91311

### Studio: Supremacy
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Moshko, 1170 Broadway #403, New York, NY 10001

### Studio: Suze Randall
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Haaren Enterprises, 25575 Piuma Road, Calabasas, California 91302

### Studio: Sweet Sinner
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 8148 Devonshire, Montreal, Quebec, Canada, H4P 2K3

### Studio: Sweetheart Video
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : HVL Cyberweb Solutions, PO BOX 4002, Montreal Quebec, Canada H3C 0J7

### Studio: T & A Studios
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Thomas Dawid, 10 Walton St, Edison, NJ 08817, 732-572-2382

### Studio: Teenie Vision
This studio's content was produced prior to July 3rd, 1995 therefore it is exempt from requirements of the TITLE 18, SECTION 2257

### Studio: Telsev
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Pascal Morvillez, 2 Rue De Berlin, Montevrain, France, 77144

### Studio: Temple Light Brokers
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 3223 Main Street, Vancouver, Canada, V5V 3M6

### Studio: Temptation Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Garfinkel, 8735 Shirley Avenue, Northridge, CA, 91342

### Studio: Tennervision
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Tennenbaum, 5600 Oso Avenue, Woodlland Hills, CA, 91367

### Studio: The L Factor
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 21541 Blythe St. Canoga Park, Ca 91304

### Studio: Third World Media
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9320 Mason Avenue, Chatsworth, CA 91311-5201

### Studio: Tightfit
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : O. Cohen, 7641 Burnet Street, Van Nuys, CA, 91405

### Studio: Titan Babes
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 105-111 S. State Street, Hackensack, NJ 07601

### Studio: Titanium
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 10 E. 33rd St., New York, NY, 10016

### Studio: Tokyo Hot
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : CSJJ Media, Inc. 150 Spear Street, Suite 725, San Francisco, CA 94105

### Studio: Toni Ribas Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Garcia Cabra, 20339 Nordhoff St., Chatsworth, CA 91311

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

**Studio: Toppers Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Norton, 8955 Fullbright Avenue, Chatsworth, CA, 91311

**Studio: Tora-Tora**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Woo, Cinema Paradise 135 E, Chestnut Avenue #28, Monnovia CA 91006

**Studio: Torrid**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 5146 Douglas Fir Road, Calabasas, CA 91302

**Studio: Totally Tasteless**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Chalfin, 9718 Glenoaks Blvd Unit B., Sun Valley, CA, 91352

**Studio: Toxxxic**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Mann, 9327 Deering Avenue, Chatsworth, CA, 91311

**Studio: Trashy**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Andre Depretis, 565 College Drive, Suite C-151, Henderson, NV 89015 ,US

**Studio: Triple Threat Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Baker 21541, Blythe St., Canoga Park, CA 91304

**Studio: Tripple X**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jose Sosa, 4791 E 8 Ln, hialeah, FL 33013, US

**Studio: Tsubo**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Ma Cecilia Santos, Blk 3 Lot 11 Litex Village Opel St, San Jose, Rodriguez Rizal 1860 Philippines

**Studio: Twisted Tommy Productions**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Dedeon, Twisted Tommy Productions, Tulok Utca 59, Budapest Hangary 1194

**Studio: Tyce Bune**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : C. Cleveland, 2964 Redwood Avenue, Costa Mesa, CA 92626

**Studio: Un-Plugged**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jay Michaels, 8335 Winnetka Avenue, Suite #112, Winnetka, CA 91306

**Studio: V Communications**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Thierry Cohen, 5-7 Rue Ordener, 75018, Paris, -1 3, FR

**Studio: V9 Video**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 59 Lake Drive, Highstown, NJ, 08520

**Studio: Vanguard Video**
This studio's content was produced prior to July 3rd, 1995 therefore it is exempt from requirements of the TITLE 18, SECTION 2257

**Studio: VCA**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Wendy Nitz, 9650 DeSoto Avenue Chatsworth, CA. 91311

**Studio: VCX**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Sutton, 3430 Precision Dr., N. Las Vegas, NV, 89032

**Studio: Velocity X**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Koch 8031 Remmet Avenue Canoga Park, CA. 91304

**Studio: Venom**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Feig, 20821 Dearborn Avenue, Chatsworth, CA, 91311

**Studio: Venus Digital**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : J. Resnick, 105-111 S. State Street, Hackensack, NJ 07601

**Studio: Video Art Holland**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Mrs. S. Wenderhold, Anna van Renessepiein 8 1911 KN, Uitgeest, The Netherlands

**Studio: Video Team**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 9300 Corbin Avenue, Northridge, CA, 91324

**Studio: Vidway**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : DAvenue Copeland, 630 9th Avenue, Suite #207, New York, NY 10036, US

**Studio: Vince Vouyer Unleashed**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Action and Reaction, Inc. at 19860 Nordhoff Place Chatsworth, CA 91377

**Studio: Visage**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Dale Weinberg, 4950 Louise Avenue #307, Encino,CA, 91316

**Studio: Vista Video**
This studio's content was produced prior to July 3rd, 1995 therefore it is exempt from requirements of the TITLE 18, SECTION 2257

**Studio: Visual Images**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Mendleson, 9145 Owensmouth Avenue, Chatsworth, CA, 91311

**Studio: Visual Purr-Suasion**
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Kim La Bria, 16133 Ventura Blvd Ste 700, Encino CA, 91601

converted by Web2PDFConvert.com

Exhibit I HardSexTubePremium T & C

### Studio: Viv Thomas
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : VivThomas.com-video Lda., Apartado 106, 8800 - Tavira, PORTUGAL

### Studio: Vivid
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Hirsch, 3599 Cahuenga Blvd., West Los Angeles, CA 90068

### Studio: Vivid Axel Braun
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Hirsch, Vivid Entertainment, LLC, 3599 Cahuenga Blvd., West ,Los Angeles, CA 90068

### Studio: Vivid/Lil Jon
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Hirsch, Vivid Entertainment, LLC, 3599 Cahuenga Blvd., West, Los Angeles, CA 90068

### Studio: Vixen Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jim Roberts, 9909 Topanga Canyon Blvd. Ste. #230, Chatsworth, CA, 91311

### Studio: Vouyer Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : D. Giarrusso, Red Light District, 21018 Osborne St. #5, Canoga Park, CA, 91303

### Studio: VXI Multimedia
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 800 Petrolia Rd. Unit 18, Toronto, Ontario, Canada M3J 3K4

### Studio: Wayne Enterprises
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Wayne Herrera, 18034 Ventura Blvd. #452, Encino, CA, 91316

### Studio: WCP
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : 10040 Remmet Avenue Chatsworth, CA 91311

### Studio: Wet Dreams XXX
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : K. Jacoby, 20850 Dearborn Street, Chatsworth, CA, 91311

### Studio: White Trash
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : M. Rotthstein, 318 West 39th St., New York NY 10018

### Studio: Wildlife Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Navarro, 18216 Parthenia Street, Northridge, California, 91325

### Studio: WOW Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : S. Zingerman, 9144 Owensmouth Avenue, Chatsworth, CA, 91311

### Studio: XBang
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Safe Keeping Records, 12445 Gladstone Avenue, Sylmar, CA 91342

### Studio: XCartel
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : R. Karch 20740, Marilla St., Chatsworth, CA 91311

### Studio: Xposed Productions
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Jim White, 20555 Devonshire St. #106, Chatsworth, CA, 91311

### Studio: X-Traordinary Pictures
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : B. Mendleson, 9145 Owensmouth Avenue, Chatsworth, CA, 91311

### Studio: XVN
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : A. Breitdach, Unter Fettenhennen 1650667 Koeln Germany CSJJ Media, Inc. 150 Spear Street, Suite 725, San Francisco, CA, 94105

### Studio: Yuzu Co, Ltd.
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Wilson F., 2478 Peck Road, City of Industry, CA 90601

### Studio: Zane Entertainment
All records required to be kept by federal law are in the possession and available for inspection during all reasonable hours at : Chuck Zane, 21526 Osbourne St., Canoga Park, CA, 91304

All performers on this website are 18 years or older.
Click here for records required pursuant to 18 U.S.C. 2257 Record Keeping Requirements Compliance Statement.
By entering this site, you swear that you are of legal age in your area to view adult material and that you wish to view such material.
Terms & Conditions | Privacy Policy | Support | Webmaster
Please visit WTS | Epoch | Segpay, our authorized sales agents.
Please visit Vendo, our authorized reseller.
© Copyright 2012
Hardsextube Premium
Webexpansion Cyprus Ltd., 33 Larnakos, Office 101, Nicosia - 1046, Cyprus
Johnsburg Ltd. 72 High Street, Haslemere, Surrey, UK, GU27 2LA
Manwin Billing MU Ltd, Suite 501, St James Court, St Denis Street, Port-Louis, Mauritius

converted by Web2PDFConvert.com