Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>An Iowa Limited Liability Company<br><br>   Plaintiff,<br><br>vs.<br><br>Netvertising Ltd, d/b/a HardSexTube.com,<br>Richard Szeles and Lasl Racz, John Does 1-100 and John Doe Companies 1-100,<br><br>   Defendant(s). | No. 3:11-cv-03033-MWB<br><br>**RESISTANCE TO MOTION TO DISMISS** |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad Belville, and RESISTS Defendant's Motion to Dismiss in its entirety. In support of it Resistance to Motion, Plaintiff provides the following Brief and Attachments.

Date: April 29, 2012      Respectfully submitted,

                By: /s/ Chad L. Belville

                Chad L. Belville
                cbelville@azbar.org
                Chad Belville, Attorney at Law
                Attorney for Plaintiff
                Iowa Bar # 015731

| | |
|---|---|
| Physical Address | 4742 North 24th Street Suite 315<br>Phoenix, AZ 85016 |
| MAILING ADDRESS: | P.O. Box 17879<br>Phoenix, AZ 85011 |
| | Telephone: 602-904-5485<br>FAX: 602-297-6953<br>E-mail cbelville@azbar.org<br>ATTORNEY FOR PLAINTIFF |

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on April 29, 2012 a copy of this Resistance to Defendants' Motion to Dismiss was served upon the Attorneys for Defendants through the Court's Electronic Case Filing System.

/s/ Chad L. Belville