Exhibit B Iowa User Profile Samples



| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos    Premium videos    Categories    Pornstars    Community    Webcam    Dating    Upload    Register!    Log in

Our COMMUNITY pages is now available on TABLETS!    Search for videos...    Search

## ANALLOVER8'S DETAILS



Send message
Add to friends

Dashboard    Favorites    Videos    Channels    Images    Friends    Info

### ANALLOVER8'S DETAILS

| | |
|---|---|
| Date of birth | 1979-01-01 |
| Orientation | N/A |
| Hair | N/A |
| Eye | N/A |
| Body | N/A |
| Last login | N/A |



| | |
|---|---|
| Turns on | dick, pussy, and my own anal masturbation |
| Turns off | judgemental prude assholes |
| Anything else | iwant to fuck my ass right now.. |
| General | can never get enough in my ass |

| | |
|---|---|
| MSN messenger | N/A |
| ICQ | N/A |
| Facebook | N/A |

| | |
|---|---|
| Videos: | 2 |
| Channels: | 0 |
| Pictures: | 0 |
| favorite videos: | 0 |
| Friends: | 0 |

Sioux City, United States
Distance from me: miles ( kilometers)



Case 3:11-cv-03033-MWB-LTS    Document 20-3    Filed 04/29/12    Page 1 of 5

# Exhibit B Iowa User Profile Samples



| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos    Premium videos    Categories    Pornstars    Community    Webcam    Dating    Upload    Register!    Log

Our COMMUNITY pages is now available on TABLETS!     Search for videos...    Search

## DRJIM'S PROFILE

## LIVE FEEDS

Send message

Add to friends

SEND

Videos    Channels    Images    Friends    **Info**

### PERSONAL INFO

| | | | | |
|---|---|---|---|---|
| Name: | drjim | | | |
| Gender: | Male | | | |
| Age: | 52 | Member for: | 375 days | |
| Country: | United States | Latest activity: | N/A | |
| City: | Des Moines | Profile views: | 0 | |
| Orientation: | N/A | Upload views: | 83,520 | |

### FRIENDS

drjim don't have any friends, yet.

Show more

### UPLOADED VIDEOS



08:14          83765

**Ruthie and 2 black strangers**

Show more

Case 3:11-cv-03033-MWB-LTS   Document 20-3   Filed 04/29/12   Page 2 of 5

Exhibit B Iowa User Profile Samples



| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos   Premium videos   Categories   Pornstars   Community   Webcam   Dating   Upload   Register!   Log

Our COMMUNITY pages is now available on TABLETS!                Search for videos...    Search

## JMAN44004'S PROFILE

LIVE FEEDS



Send message

Add to friends

SEND

**Videos**   Channels   Images   Friends   **Info**

### PERSONAL INFO

| Name: | jman44004 | | |
| Gender: | Male | | |
| Age: | 24 | Member for: | 546 days |
| Country: | United States | Latest activity: | N/A |
| City: | Ottumwa | Profile views: | 0 |
| Orientation: | N/A | Upload views: | 84,506 |

### FRIENDS

jman44004 don't have any friends, yet.

Show more

### UPLOADED VIDEOS



32:06    5544

**jayman fucks**



11:46    5861

**jman44004 best roommate ever**



04:08    52575

**how to fuck your baby mamma 2**



10:37    22005

**how to fuck your baby mamma**

Show more

Case 3:11-cv-03033-MWB-LTS   Document 20-3   Filed 04/29/12   Page 3 of 5

Exhibit B Iowa User Profile Samples



**Videos**    **Premium videos**    **Categories**    **Pornstars**    **Community**    **Webcam**    **Dating**    **Upload**    **Register!**    **Log**

Our COMMUNITY pages is now available on TABLETS!    Search for videos...    Search

## MASHJAMBABY92'S PROFILE

### LIVE FEEDS



Send message

Add to friends

**SEND**

**Videos**    **Channels**    **Images**    **Friends**    **Info**

### PERSONAL INFO

| | | | |
|---|---|---|---|
| Name: | mashjambaby9 | | |
| Gender: | Male | | |
| Age: | 101 | Member for: | 458 days |
| Country: | United States | Latest activity: | N/A |
| City: | Benton | Profile views: | 0 |
| Orientation: | N/A | Upload views: | 4,095 |

### FRIENDS

mashjambaby92 don't have any friends, yet.

**Show more**

### UPLOADED VIDEOS



**00:19**    **4140**

my ex rubbing her tits

**Show more**

Case 3:11-cv-03033-MWB-LTS   Document 20-3   Filed 04/29/12   Page 4 of 5

Free Sex - Hard Porn - HardSexTube · http://community.hardsextube.com/SexTeenMills

Exhibit B Iowa User Profile Samples



| TEEN GIRL CAMS | BLONDE GIRL CAMS | BIG TITS GIRL CAMS | LATINA GIRL CAMS |
| EBONY GIRL CAMS | ASIAN GIRL CAMS | MATURE CAMS | LESBIAN CAMS |
| COUPLE CAMS | GROUP CAMS | FETISH CAMS | SHEMALE CAMS |

Videos · Premium videos · Categories · Pornstars · Community · Webcam · Dating · Upload · Register! · Log

Our COMMUNITY pages is now available on TABLETS!   Search for videos...   Search

## SEXTEENMILLS'S PROFILE

## LIVE FEEDS



Send message
Add to friends

SEND

**Videos**   **Channels**   **Images**   **Friends**   **Info**

### PERSONAL INFO

| Name: | SexTeenMills | | |
| Gender: | Female | | |
| Age: | 22 | Member for: | 497 days |
| Country: | United States | Latest activity: | N/A |
| City: | Bettendorf | Profile views: | 0 |
| Orientation: | N/A | Upload views: | 5,055 |

### FRIENDS

SexTeenMills don't have any friends, yet.

Show more

### UPLOADED VIDEOS



11:04     5107

**Teen girl stripping and cumming**

Show more

Case 3:11-cv-03033-MWB-LTS   Document 20-3   Filed 04/29/12   Page 5 of 5