

Live Chat | Sales: 1-800-961-2888 | Support: 1-800-961-4454 | Login

Hosting Solutions ▼ | Cloud Hosting ▼ | Managed Hosting ▼ | Email & Apps ▼ | Company ▼ | Search

# ABOUT RACKSPACE

Kevin
Racker Since 2007

Home / Information Center / About Rackspace

Share this on: 

## About Rackspace

**Fanatical Support® has made Rackspace the service leader in cloud computing.** We deliver enterprise-level hosting services to businesses of all sizes and kinds around the world. We got started in 1998 and since have grown to serve more than 172,000 customers. Rackspace integrates the industry's best technologies for each customer's specific need and delivers it as a service via the company's commitment to Fanatical Support. Our core products include Managed Hosting, Cloud Hosting and Email & Apps. There are currently over 4,000 Rackers around the world serving our customers.

### Rackspace Leadership


**Graham Weston**
Chairman & Co-Founder
About Graham


**Lanham Napier**
CEO
About Lanham


**Lew Moorman**
President
About Lew


**Pat Condon**
Co-Founder
About Pat


**Dirk Elmendorf**
Co-Founder
About Dirk


LIVE CHAT | EMAIL US

SALES: **1-800-961-2888**

### Rackspace Overview

**The Fundamentals**
- Founded in 1998
- Based in San Antonio, TX
- Eight (8) Data Centers: Grapevine, TX; Richardson, TX; Chicago, IL; Herndon, VA; Ashburn, VA; London, UK; Slough, UK; Hong Kong
- Managed Hosting, Email & Apps and Cloud Hosting; all backed by Fanatical Support

**Industry Leadership**
- Rackspace is a leader in the 2011 Gartner Magic Quadrant for Managed Hosting. The full report can be viewed here.
- Industry-Leading Service Level Agreements
- Cisco Powered Network: 100% Network Uptime Guarantee
- Microsoft Gold-Certified Hosting Partner
- Microsoft Hosting Partner of the Year — 2003, 2005, 2007
- Red Hat Premier Hosting Partner
- MySQL Certified Hosting Partner
- Managed Service on Both Dedicated and Cloud Platforms

**Focus**
- Everything we do is tailored for IT hosting
- Hosting is not an add-on service or loss leader, it's all we do


**John Engates**
Chief Technology Officer
About John


**Klee Kleber**
SVP, Infrastructure Services
About Klee


**Jim Lewandowski**
SVP & GM, Enterprise
About Jim


**Pat Matthews**
SVP, Core Business
About Pat

**Expertise**
- Systems and processes built exclusively for delivering IT Hosting
- Our support staff is highly trained—specifically for supporting complex hosting environments


**Karl Pichler**
SVP, Chief Financial Officer & Treasurer
About Karl


**Taylor Rhodes**
Managing Director, International
About Taylor


**Wayne Roberts**
SVP, Enterprise Fanatical Support
About Wayne

**Mark Roenigk**
Chief Operating Officer
About Mark

**Flexibility**
- We're built to handle highly-customized hosting environments
- Our model is built to adjust to customer needs quickly and efficiently



**Passion**
- We're passionate about the hosting business and we're here to stay



**Alan Schoenbaum**
**SVP, General Counsel and Secretary**
**About Alan**

- We believe what we are doing makes a difference

**Press Releases**
**News Articles**
**Awards**

# Rackspace Information Center

3,271 **Rackspace Hosting employees** on LinkedIn — Login with LinkedIn

See how your LinkedIn network connects you to Rackspace Hosting.

In Your Network — powered by Linked in

"…having a reliable hosting solution is absolutely essential if not critical to our ongoing business success. The answer was found with Rackspace Hosting's RackConnect solution."

**Colin Rees**
*Domino's Pizza*

**Gartner's Magic Quadrant**
Rackspace is a leader in the 2011 Gartner Magic Quadrant for Managed Hosting.
**Read the Report**



**RACKSPACE**
- About Rackspace Hosting
- Fanatical Support®
- Hosting Solutions
- Web Hosting 101
- Hosting Partner Programs
- OpenStack®

**MANAGED HOSTING**
- Managed Configurations
- Managed Colocation Servers
- Dedicated Servers
- Managed Customers
- MyRackspace® Portal

**CLOUD HOSTING**
- Cloud Servers™
- Cloud Sites™
- Cloud Load Balancers
- Cloud Files™
- Cloud Hosting Demos
- Cloud Customer Portal

**EMAIL & APPS**
- Rackspace Email Hosting
- Microsoft Hosted Exchange
- Compare Hosted Products
- Email Archiving
- Customer Log-In

**CONTACT US**
- Sales 1-800-961-2888
- Support 1-800-961-4454

**CONNECT WITH US**

©2012 Rackspace, US Inc. | About Rackspace | Fanatical Support® | Hosting Solutions | Investors | Careers | Privacy Statement | Website Terms | Sitemap

converted by Web2PDFConvert.com