








# HardSexTubePremium.com Whois Record

Teen Cams | Big Tits Cams | Ebony Cams | House
Lesbian Cams | Couple Cams | Latina Cams | Asia
Anal Cams | Pregnant Cams | BBW Cams | Huge
Group Sex Cams | Milf Cams | Shemale Cams | Gay

Whois Record | Site Profile | Registration | Server Stats | My Whois

Reverse Whois: **"WhoisPrivacy Limited" owns about 26,682 other domains**
Email Search: d9c1d17f4cde8fe2@whoisprivacy.com is associated with about **6,697 domains**
Registrar History: 2 registrars
NS History: 2 changes on **3** unique name servers over **3** years.
IP History: 2 changes on **2** unique IP addresses over **3** years.
Whois History: 185 records have been archived **since 2009-04-16** .
Reverse IP: 47 other sites hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

WHOIS FOR WINDOWS USERS FREE LOOKUP TOOL Get it NOW DomainTools

```
Domain: HARDSEXTUBEPREMIUM.COM
Registrar: Eurodns S.A.

Registrant:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK

Administrative Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: d9c1d17f4cde8fe2@whoisprivacy.com

Technical Contact:
Company: WhoisPrivacy Limited
Name: Whois Privacy
Address: 3/F, Jonsim Place, 228 Queen's Road East
City: Wanchai
Country: HONG KONG
Postal Code: HK
Phone: +852 5808 1344
Fax: +852 5808 1345
Email: d9c1d17f4cde8fe2@whoisprivacy.com

Original Creation Date: 2009-04-15
Expiration Date: 2013-04-14

Status:
clientTransferProhibited

Nameserver Information:
Nameserver: ns.rackspace.com
Nameserver: ns2.rackspace.com
```

Backorder This Domain

eurodns DTCOM12B ONLY 8.99EUR Valid till 30/04/2012 .com

Country TLDs | General TLDs

Available domains for registration:

| | |
|---|---|
| HardSexTubePremium.at | Register |
| HardSexTubePremium.be | Register |
| HardSexTubePremium.ch | Register |
| HardSexTubePremium.cn | Register |
| HardSexTubePremium.co.uk | Register |
| HardSexTubePremium.de | Register |
| HardSexTubePremium.dk | Register |
| HardSexTubePremium.es | Register |
| HardSexTubePremium.eu | Register |
| HardSexTubePremium.fr | Register |

Register All Selected > Show all (19) >

solve your SEO puzzle TRY SEOmoz PRO SEOMOZ

Searching for **porn dvd**?

Find Porn Dvd
Find **Porn Dvd** near you. The Web's Local Search Engine!
Local.com

Porn Dvd
Top answers for **Porn Dvd**
www.InternetCorkBoard.com

Searching for Porn Dvd?
Discover 100+ answers for **Porn Dvd**
www.Answered-Questions.com

Web2PDF converted by Web2PDFConvert.com

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



converted by Web2PDFConvert.com