Exhibit F Surfer Payments Page

**USERNAME** _____

**PASSWORD** _____

**EMAIL** _____

○ **1 Day Trial**                              $ 1.00
Try us out

○ **1 Month**                                  $ 29.⁹⁵/MONTH
Full access - Most popular plan

◉ **12 Months**                                $ 7.³⁹/MONTH
Full access - Save %75                         (One time charge of $89.95)

◉ Join By Credit Card

Premium membership may not include videos from
www.hardsextube.com



You'll also receive special email offers sent to you by hardsextubepremium .

Trial memberships rebill at $ 34.95 per month until cancelled.
Monthly memberships rebill at $ 29.95 per month until cancelled.
Annual memberships do not rebill automatically.

All performers on this website are 18 years or older.
Click here for records required pursuant to 18 U.S.C. 2257 Record Keeping Requirements Compliance Statement.
By entering this site, you swear that you are of legal age in your area to view adult material and that you wish to view such material.

Case 3:11-cv-03033-MWB-LTS   Document 20-7   Filed 04/29/12   Page 1 of 2

## Exhibit F Surfer Payments Page

Terms & Conditions | Privacy Policy | Support | Webmaster

Please visit WTS | Epoch | Segpay, our authorized sales agents.

Please visit Vendo, our authorized reseller.

© Copyright 2012
hardsextubepremium

Videos from http://www.hardsextube.com are not necessarily available with your http://www.hardsextubepremium.com membership.

Webexpansion Cyprus Ltd., 33 Larnakos, Office 101, Nicosia – 1046, Cyprus
Johnsburg Ltd. 72 High Street, Haslemere, Surrey, UK, GU27 2LA
Manwin Billing MU Ltd, Suite 501, St James Court, St Denis Street, Port-Louis, Mauritius

