Home Page     Billing Support ☑     Merchant Merchant ☑     Contact Us ☑     Affiliate Login ☑

Exhibit G Processor Payment Info Pages

**Epoch - Payment solutions for online merchants.**

COPYRIGHT INFRINGEMENT POLICY

Epoch may, in its discretion, suspend and/or terminate the accounts of any Epoch client that is accused of infringing intellectual property rights of others pursuant to the Digital Millennium Copyright Act ("DMCA"). As an Internet Service Provider ("ISP"), Epoch follows the procedure prescribed by the DMCA for notification, takedown, and counter-notification. If you believe that a Epoch client has material on a website that constitutes a violation of your copyright or any other intellectual property rights, please provide the following information to us:

1. A detailed description of the copyrighted material and where the original material is located;
2. A detailed description of where the infringing material is located;
3. An information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an e-mail address at which you may be contacted;
4. A statement by you that you have a good faith belief that the use is not authorized by the copyright owner, agent, or the law;
5. A statement by you under penalty of perjury that the above is accurate and that you are the copyright owner or authorized to act on the owner's behalf; and
6. An electronic or physical signature from you.

To report copyright infringement and send all of the above items via e-mail to us, <u>click here</u>, or contact our designated DMCA agent, Adriana Dulic, at the phone number and address below.

Epoch
2644 30th St., 2nd Floor
Santa Monica, CA, 90405

Phone:
+1-310-664-5700
1-800-893-8871

© 2012 Epoch. All Rights Reserved





about us     services & products     become a client     partners area     contact us     client login

## Contact Us

**Billing Questions:**
If you have questions about your credit card or bank statement, need to cancel a subscription or need to request a refund, you can reach us the following ways:

**Online Customer Support:**
Click here for Online Customer Support.
By Telephone: US & Canadian Residents: 866-450-4000
Direct Dial Number: +1-514-788-5368

**By Email:** Help@SegPay.com
**By Chat:** Live Chat

**US Contact Address:**
Segregated Payments Inc, 3111 N. University Dr. Suite 1000, Coral Springs, FL 33065, USA, 954-688-3562

**EU Contact Address:**
Segregated Payments Limited, 3 Beechcroft, Compton Street, Compton, Winchester S021 2AS

**Sales:**
If you would like to find out more about SegPay, please email us at sales, sales@segpay.com. You can also telephone our sales department at 800-996-0398.

**Client Support:**
If you're having technical difficulties making your Web site interact with the SegPay payment system, call 888-345-0873 or email techsupport@segpay.com.

## Question regarding a charge on your credit card statement?



Online Customer Support Tool ›
Live Chat ›
US & Canada: 1.866.450.4000
Direct Dial Number: +1 514.788.5368
Email: help@segpay.com
Shop SegPay ›

## SegPay Solutions:

Learn more about our feature rich online global payment processing solutions focused on merchants who wish to expand their services to consumers worldwide.

**LEARN MORE ›**

## Why SegPay?

Here's why Webmasters and affiliates are turning to SegPay.

**LEARN MORE ›**

## Press

04-11-2012 SegPay Partners With Paxum to Offer New Pay-Out Option to Webmasters Around the World

03-28-2012 SegPay Unveils New Brand Identity and Launches Integrated Marketing Campaign

**FULL PRESS AREA ›**

© 2012 SegPay, Corp. All rights reserved.   Terms & Conditions | Privacy Policy | DMCA

    

Web2PDF
converted by Web2PDFConvert.com



# Exhibit G Processor Payment Info Pages

 Your Security Guaranteed  Your Privacy Guaranteed  Your Satisfaction Guaranteed

| HOME | SERVICES | FEATURES | ABOUT WTS | APPLY NOW |
|------|----------|----------|-----------|-----------|

## About WTS

WTS has been providing E-ticket and Third Party Processing solutions since 1997. WTS offers a variety of services for merchant clients, including transaction processing, real-time reporting, consumer authentication and fraud prevention, account validation, affiliate and reseller management, revenue and loyalty programs, and e-ticket management for electronic merchandise/content.

Our US based company services US based consumers exclusively, providing payment gateway services to an international merchant (client) base.

Headquartered in Austin, Texas, WTS also has offices in Phoenix, Arizona and Panama City, Panama.

### 30 Days FREE* processing!

Name:

Email:

Phone:

URL:

To:

I AM A MERCHANT

I AM A CONSUMER

A WTS Sales Representative will contact you within 2 biz days.

*Certain conditions apply

---

Home | Services | Features | About WTS | Apply Now | Merchant Login | Consumer Support | Contact Us |
© 1996-2011 - WTS all rights reserved. - Site Map | Privacy Notice | Terms of Use



Web2PDF
converted by Web2PDFConvert.com