

Latest videosPremium videosMost viewedTop ratedFeaturedCategoriesWebcamsFree_fuckMembers    Bookmark! Upload! Register!

Browse **moviechicks**'s videos | Snapshots | Comments (0) | Related videos | Share this video!
Add to favourites | Download video | Report video

» Wonderful Girl Liz Honey Goes In The Hood With An Innocent Smile Almost Begging For A Big Strong Cock Up Her Ass «

### The porno just doesn't want to start!!!

> Step one of Join Sequence.
> Starting with Plaintiff's
> video on Defendant
> webpage.

How come, you are probably getting antsy to see it aren't you?
Well, when it comes to computers, things can go wrong because they just like humans aren't always perfect.

- Simple, be patient wait a lil more, press F5 while holding CTRL to reload the current page.
- Also remember to check if Javascript is enabled in your browser.
- Download the latest flashplayer from the officical soruce.



Details Comments (0) Snapshots Share

Wonderful Girl Liz Honey Goes In The Hood With An Innocent S...    Report
A Taste Of Pleasure is one of the most famous movies Private ever made. A feature length film with a real story and some context for all the carnal pleasure that explodes onto your screen. This is the best of scripted porn... where movie-making

Anal  Big Boobs  Facial Cumshot  Lingerie  Fishnet  Blonde Wonderful Girl Liz Honey hood black in

moviechicks                                      Add to favourites

- Currently 3.00/5
- 1
- 2
- 3
- 4
- 5

Rating: **3.0**/5 (6 votes cast)

Download video (31.43 MB)

Search for videos... [Search]

remove all banners

## Related premium videos



| Law & Lust | POV Junkie #2 | Sassy Latinas #2 | Black Listed (Vince Vouyer Unl | Gin & Juicy Asses #2 |
|---|---|---|---|---|
| 51:42  2380 views | 49:12  8250 views | 49:06  1320 views | 48:36  10650 views | 38:24  10100 views |

Related videos Related HD videos More from this user Featured videos Related reviews

## Related videos

or browse the **Latest porn videos** | **Most viewed** | **Featured**



**Sexy blonde wants a** — 24:29, 10993 views, Rating: 4,33/9, 116 days ago
**Loving a big hard** — 10:39, 9485 views, Rating: 3,50/2, 76 days ago
**Petite teen takes a** — 05:10, 4346 views, Rating: 3,00/5, 47 days ago
**Brunette Ariana** — 29:52, 50803 views, Rating: 4,21/33, 429 days ago
**Girl takes huge cock** — 22:30, 26816 views, Rating: 3,83/18, 81 days ago
**Daddys daughter** — 24:31, 25744 views, Rating: 4,38/21, 69 days ago

**Beautiful hot Swede** — 23:00, 46467
**Mia Bangg Stiff** — 13:15, 22773
**Black haired babe** — 22:38, 3535
**Hot Chick Gets Two** — 06:00, 5369
**Beautiful Blonde** — 18:00, 46669
**Chinese Milf Fucked** — 25:17, 116111

| | | | | | |
|---|---|---|---|---|---|
| 20:00 | 10:07 10:10 | 22:10 22:00 | 00:00 00:00 | 00:00 10:00 | 10:00 20:11 1:01:11 |
| views | views | views | views | views | views |
| Rating: 584 days | Rating: 445 days | Rating: 30 days | Rating: 527 days | Rating: 435 days | Rating: 294 days |
| 3,34/29 ago | 3,75/12 ago | 4,33/3 ago | 3,19/27 ago | 4,08/24 ago | 3,67/45 ago |

⬅️ ➡️

remove all banners

HardSexTube Mobile • Terms of Use • Privacy Policy • DMCA • 2257 • Parental Control • Contact Us • Webmasters • Advertise • Feeds



By visiting HardSexTube.com you acknowledge that you have reached the legal age for viewing porn in your country



Case 3:11-cv-03033-MWB-LTS   Document 20-9   Filed 04/29/12   Page 3 of 5

converted by Web2PDFConvert.com



Exhibit H Join Sequence

This is Step Two of the Join Sequence.



