UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) ) | CASE NO. 11-cv-03033-MWB |
| vs. ) NETVERTISING LTD., d/b/a ) HardSexTube.com and WHOISGUARD, ) d/b/a HardSexTube.com and RICHARD ) SZELES, LASLO RACZ, and JOHN ) DOES ) 1 – 100 and JOE DOE COMPANIES 1 – ) 100, ) ) | MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF |
| Defendants. ) | |

Defendants Netvertising LTD, Richard Szeles and Laslo Racz, move for an extension of time to file their Reply to Plaintiff's Resistance to the Motion to Dismiss and in support state:

1. On Sunday, April 29, 2012, Plaintiff filed its Resistance and Over length Brief in Support of its Resistance to Defendant's Motion to Dismiss.

2. There is no order on record in this case indicating the Court ever granted the motion to file the over length brief.

3. On April 30th, 2012 Plaintiff also filed an over length brief in Case No: **11-cv-03034-MWB.**

4. Defendants' counsel is feverishly working to prepare a brief in case No. **11-cv-3005MWB**, yet another case pending with this Court.

5. Communications and coordination of schedules is challenging with the Defendants who are in Europe.

6. Defendants have not requested any prior extensions in this matter.

7. Defendants request up to and including Friday May 18, 2012, to file a Reply to Plaintiff's Resistance to the Motion to Dismiss.

8. Pursuant to Local Rule 7(l), the undersigned has conferred with counsel for Plaintiff regarding this request and Plaintiff's counsel has indicated that he will resist the Request for an Extension of Time.

WHEREFORE, Defendant, Netvertising LTD, Richard Szeles and Laslo Racz, respectfully requests that the Court grant it up to and including May 18, 2012, to file its Reply to Plaintiff's Resistance to Motion to Dismiss.

/s/ Connie Alt  
CONNIE ALT           AT0000497  
JENNIFER E. RINDEN    AT0006606  
          for  
SHUTTLEWORTH & INGERSOLL, P.C.  
500 US Bank Bldg., P.O. Box 2107  
Cedar Rapids, IA 52406  
PHONE:    (319) 365-9461  
FAX:      (319) 365-8564  
cma@shuttleworthlaw.com


/s/Valentin Gurvits  
Valentin Gurvits, Esq.  
Boston Law Group, PC  
825 Beacon Street, Suite 20  
Newton, MA 02459  
BBO # 643572  
(617) 928-1804  
vgurvits@bostonlawgroup.com


/s/Evan Fray-Witzer  
Evan Fray-Witzer, Esq.  
Ciampa Fray-Witzer, LLP  
20 Park Plaza, Suite 804  
Boston, MA 02116

(617) 723-5630
Evan@CFWLegal.com

**ATTORNEYS FOR DEFENDANTS NETVERTISING LTD., D/B/A HARDSEXTUBE.COM, RICHARD SZELES AND LASLO RACZ**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

<div style="border:1px solid">

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on May 10, 2012, by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

**By: Heather Bertch**

</div>