IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,

  Plaintiff,

vs.

NETVERTISING LTD., d/b/a HardSexTube.com, RICHARD SZELES, LASLO RACZ, JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100,

  Defendants.

No. C11-3033-MWB

**ORDER REGARDING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF RESISTANCE TO DEFENDANTS' MOTION TO DISMISS**

_____

This case is before the court on plaintiff Fraserside IP L.L.C.'s (Fraserside") Motion to File Overlength Brief in Resistance to Motion to Dismiss (docket no. 19). For good cause shown, plaintiff Fraserside is granted leave to file an overlength brief in support of its resistance to defendants' Motion to Dismiss.

 **IT IS SO ORDERED.**

 **DATED** this 11th day of May, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA