# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company, | |
| Plaintiff, | No. C11-3033-MWB |
| vs. | **ORDER REGARDING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF** |
| NETVERTISING LTD., d/b/a HardXXXTube.com, RICHARD SZELES, LASLO RACZ, JOHN DOES 1-100 AND JOHN DOE COMPANIES 1-100, | |
| Defendants. | |

_____

This case is before the court on defendants' Motion For Extension of Time to File A Reply Brief (Docket no. 21). For good cause shown, defendants' motion is granted. Defendants shall file any reply brief in support of their Motion to Dismiss on or before May 18, 2012.

**IT IS SO ORDERED.**

**DATED** this 11th day of May, 2012.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA