Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, <br>     An Iowa Limited Liability Company <br> <br> vs. <br> <br> <br> <br> <br> Netvertising Ltd., dba HardSexTube.com <br> And HardXXXTube.com and Richard <br> Szeles and Laslo Racz <br> (consolidated Defendants) <br> and John Does 1 - 100 and <br> John Doe Companies 1 - 100 | No. 11-cv-03033-MWB <br> No. 11-cv-03034-MWB <br> <br> MOTION TO <br> DISMISS <br> WITH PREJUDICE |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville, and MOVES TO DISMISS the Above-captioned Complaints with prejudice for the reason that the matters have been resolved.  Each party to pay its own costs.

DATED: December 24, 2012          Respectfully submitted,

         By:    /s/ Chad L. Belville
         Chad L. Belville
         cbelville@azbar.org
         Chad Belville, Attorney at Law
         Attorney for Plaintiff
         Iowa Bar # 015731

Physical Address          4742 North 24th Street Suite 315
         Phoenix, AZ 85016

MAILING ADDRESS:          P.O. Box 17879
         Phoenix, AZ 85011

         Telephone: 602-904-5485
         FAX: 602-297-6953
         E-mail cbelville@azbar.org
         ATTORNEY FOR PLAINTIFF

Certificate of Service

I, Chad Belville, Attorney for Plaintiff, hereby certify that on December 24, 2012 a copy of this Motion was served upon the Attorneys for Defendants through the Courts Electronic Case Filing System.

/s/ Chad L. Belville