Chad Belville IA Bar 015731
4742 North 24th Street Suite 315
Phoenix, AZ 85016
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, ) <br>     An Iowa Limited Liability Company ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> Netvertising Ltd., dba HardSexTube.com ) <br> And HardXXXTube.com and Richard ) <br> Szeles and Laslo Racz ) <br> (consolidated Defendants) ) <br> and John Does 1 - 100 and ) <br> John Doe Companies 1 - 100 ) <br> ) | No. 11-cv-03033-MWB <br> No. 11-cv-03034-MWB <br><br> MOTION TO <br> DISMISS <br> WITH PREJUDICE |

COMES NOW, Plaintiff Fraserside IP LLC, by and through its counsel, Chad L. Belville, and MOVES TO DISMISS the Above-captioned Complaints with prejudice for the reason that the matters have been resolved. Each party to pay its own costs.

DATED: December 24, 2012                              Respectfully submitted,


                                                     By:    /s/ Chad L. Belville
                                                     Chad L. Belville
                                                     cbelville@azbar.org
                                                     Chad Belville, Attorney at Law
                                                     Attorney for Plaintiff
                                                     Iowa Bar # 015731

Physical Address                                     4742 North 24th Street Suite 315
                                                     Phoenix, AZ 85016

MAILING ADDRESS:                                     P.O. Box 17879
                                                     Phoenix, AZ 85011

                                                     Telephone: 602-904-5485
                                                     FAX: 602-297-6953
                                                     E-mail cbelville@azbar.org
                                                     ATTORNEY FOR PLAINTIFF


                           Certificate of Service


I, Chad Belville, Attorney for Plaintiff, hereby certify that on December 24, 2012 a copy of this Motion was served upon the Attorneys for Defendants through the Courts Electronic Case Filing System.


/s/ Chad L. Belville